TODD VAN GROLL,

        **Plaintiff,**

        **v.**                      **Case No. 25-CV-124**

ESSA PHARMA INC., et al.,

        **Defendants.**

## ORDER

Before the court is the parties' joint motion for extension of time to respond to the complaint. (ECF No. 8.) The parties have mutually agreed to suspend the time to respond until an order is entered appointing the lead plaintiff and lead counsel. Given the practical realities of suits under the Private Securities Litigation Reform Act of 1995, Pub. L. No. 104-67, 109 Stat. 737, the court GRANTS the requested relief.

**IT IS THEREFORE ORDERED** that the defendants' time to move, answer, or otherwise respond to the complaint shall be adjourned *sine die* and, once an order is entered appointing the lead plaintiff and lead counsel, the lead plaintiff and the defendants shall promptly meet and confer regarding a schedule for (i) the filing of an amended complaint or designation of an operative complaint and (ii) the defendants to move, answer, or otherwise respond to the operative complaint. The

parties shall submit a stipulation with a proposed schedule no later than fourteen (14) business days following the appointment of the lead plaintiff.

Dated at Green Bay, Wisconsin this 7th day of March, 2025.

/s/ Byron B. Conway
BYRON B. CONWAY
United States District Judge

Case 1:25-cv-00124-WCG    Filed 03/07/25    Page 2 of 2    Document 10