UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| IN RE ESSA PHARMA, INC. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL FILINGS | Case No. 1:25-cv-0124-WCG<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT DAVID S. WOOD PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 4l(a)(1)(A)(i), Lead Plaintiff Todd Van Groll ("Plaintiff"), hereby voluntarily dismisses Defendant David S. Wood ("Wood") from this lawsuit without prejudice. Wood has not served an answer or moved for summary judgment. The purported Class has not been certified. As such, Federal Rule of Civil Procedure 41 controls the dismissal of Defendant Wood.

The lawsuit will continue, and Plaintiff preserves all rights against the following Defendants who are named in the amended complaint filed on August 11, 2022: ESSA Pharma Inc., David R. Parkinson, and Peter Virsik. (Dkt. No. 20).

Dated:  August 12, 2025

Respectfully submitted,

*/s/ Genc Arifi*

**POMERANTZ LLP**
Joshua B. Silverman
(WIED Bar Number 6238108)
Brian P. O'Connell
(WIED Bar Number 6313628)
Genc Arifi
(WIED Bar Number 6323579)
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile:  (312) 377-1184
Email: jbsilverman@pomlaw.com
        boconnell@pomlaw.com
        garifi@pomlaw.com

1

*Counsel for Lead Plaintiff Todd Van Groll and the Proposed Class*

2