**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

| | |
|---|---|
| IN RE ESSA PHARMA INC., SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No.: 1:25-cv-00124-WCG<br><br>CLASS ACTION<br><br>DECLARATION OF MARCELLA L. LAPE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT |

I, Marcella L. Lape, declare as follows:

1. I am an attorney with the law firm Skadden, Arps, Slate Meagher & Flom LLP, and counsel of record in this action for Defendants ESSA Pharma Inc. ("ESSA"), David R. Parkinson, and Peter Virsik. I am a member in good standing of the State Bar of Illinois and am admitted to practice in the U.S. District Court for the Eastern District of Wisconsin. I submit this declaration in support of the accompanying Motion to Dismiss the Amended Compliant. I have personal knowledge of the facts set forth herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of ESSA's Form 10-K for the fiscal year ending September 30, 2023, filed with the U.S. Securities and Exchange Commission ("SEC") on December 12, 2023.

3. Attached hereto as Exhibit 2 is a true and correct copy of the transcript of ESSA's presentation at the Cowen 41st Annual Health Care Conference on March 4, 2021.

4. Attached hereto as Exhibit 3 is a true and correct copy of ESSA's Form 10-K for the fiscal year ending September 30, 2020, filed with the SEC on December 15, 2020.

5. Attached hereto as Exhibit 4 is a true and correct copy of the material presented by ESSA at the 2021 Genitourinary Cancers Symposium.

6. Attached hereto as Exhibit 5 is a true and correct copy of the transcript from ESSA's presentation at the Oppenheimer 31st Annual Healthcare Conference on March 18, 2021.

7. Attached hereto as Exhibit 6 is a true and correct copy of the Transcript from ESSA's Conference Call on June 27, 2022.

8. Attached hereto as Exhibit 7 is a true and correct copy of the Transcript from ESSA's presentation at the Jefferies London Healthcare Conference on November 17, 2022.

9. Attached hereto as Exhibit 8 is a true and correct copy of ESSA's October 26, 2022 press release, attached to Form 8-K, filed with the SEC on October 26, 2022.

10. Attached hereto as Exhibit 9 is a true and correct copy of ESSA's October 21, 2023 press release, attached to Form 8-K, filed with the SEC on October 23, 2023.

11. Attached hereto as Exhibit 10 is a true and correct copy of the poster ESSA presented at the European Society of Medical Oncology Congress on October 21, 2023.

12. Attached hereto as Exhibit 11 is a true and correct copy of the transcript from ESSA's presentation at the Piper Sandler 35th Annual Healthcare Conference on November 30, 2023.

13. Attached hereto as Exhibit 12 is a true and correct copy of ESSA's Form 10-K for the fiscal year ending September 30, 2021, filed with the SEC on November 18, 2021.

14. Attached hereto as Exhibit 13 is a true and correct copy of ESSA's Form 10-K for the fiscal year ending September 30, 2022, filed with the SEC on December 13, 2022.

15. Attached hereto as Exhibit 14 is a true and correct copy of ESSA's October 31, 2024 press release.

16. Attached hereto as Exhibit 15 is a true and correct copy of the Transcript from ESSA's presentation at the Bloom Burton & Co. Healthcare Investor Conference on April 20, 2021.

17. Attached hereto as Exhibit 16 is a true and correct copy of the transcript from ESSA's presentation at the Oppenheimer 33rd Annual Healthcare Conference on March 15, 2023.

18. Attached hereto as Exhibit 17 is a true and correct copy of the transcript from ESSA's presentation at the Bloom Burton & Co. Healthcare Investor Conference on April 25, 2023.

19. Attached hereto as Exhibit 18 is a true and correct copy of the transcript from ESSA's presentation at the Bloom Burton & Co. Healthcare Investor Conference on April 16, 2024.

20. Attached hereto as Exhibit 19 is a true and correct copy of the transcript from ESSA's presentation at the Cantor Fitzgerald Global Healthcare on September 18, 2024.

21. Attached hereto as Exhibit 20 is a true and correct copy of Virsik's Form 4 filed with the SEC on February 7, 2024.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 10th day of October, 2025 in Chicago, Illinois.

s/ *Marcella L. Lape*
Marcella L. Lape