# EXHIBIT 4

# Pre-clinical and clinical pharmacology of EPI-7386, an androgen receptor N-terminal domain inhibitor for castration-resistant prostate cancer

Ronan Le Moigne[1], Paul Pearson[1], Veronique Lauriault[1], Kim Chi[2], Nicholas Ianotti[3], Russell Pachynski[4], Nicholas Vogelzang[5], Nan Hyung Hong[1], Peter Virsik[1], Han-Jie Zhou[1], Alessandra Cesano[1]

[1] ESSA Pharma Corp, South San Francisco , CA
[2] Department of Medical Oncology, BC Cancer, Vancouver, BC, Canada
[3] Hematology Oncology Assoc. of the Treasure Coast, Port St Lucie, FL
[4] Division of Oncology, Washington University School of Medicine, St. Louis, MO
[5] Nevada Cancer Research Foundation, Las Vegas, NV

Case 1:25-cv-00124-WCG    Filed 10/10/25    Page 2 of 8    Document 29-4

ESSA

# EPI-7386-CS-001: A phase 1, open-label study to evaluate the safety, PK and anti-tumor activity of oral EPI-7386 in patients with mCRPC

**All current anti-androgens function through the ligand-binding domain of the androgen receptor (AR)**
- Anti-androgen resistance mechanisms generally develop at the ligand binding domain (LBD)

**Anitens are small molecules capable of targeting the AR N-terminal domain**
- Anitens are active against multiple forms of AR: Wild-type AR, LBD-mutant AR, and splice-variant AR

**EPI-7386 is a novel aniten which exhibits high potency, low metabolism, on-target specificity, ease of manufacturing, shelf-life stability and a viable commercial formulation**
- EPI-7386 is currently in a Phase 1 First in Human clinical trial

---

Phase 1, multi-center, open-label, ascending multiple-dose study

First in-human, 2-part study
Part 1a (dose escalation) and Part 1b (dose expansion)

Patients with metastatic castration-resistant prostate cancer (CRPC) resistant to standard of care treatment:
- Progression on at least 2 approved systemic therapies for mCRPC, including at least one second generation anti-androgen drug

**Part 1a**

**Primary objective**
- To evaluate the safety and tolerability of EPI-7386

**Secondary objectives**
- To determine the maximum tolerated dose of EPI-7386
- To define the recommended phase 2 dose of EPI-7386
- To evaluate the PK of EPI-7386 following single- and multiple-dose oral administration
- To assess EPI-7386's potential for drug-drug interactions
  - By measuring 4β hydroxycholesterol and total cholesterol levels (by LCMS) as an endogenous marker for cytochrome P450 3A induction



Part 1a – Dose escalation

*Planned dose levels n = up to 30 patients*

200 mg · 400 mg · 600 mg · 800 mg · 1000 mg

**Now enrolling**

**> 3 months follow up**

---

Case 1:25-cv-00124-WCG    Filed 10/10/25    Page 3 of 8    Document 29-4

ESSA

# EPI-7386 is predicted to achieve high human exposures and a long half-life based upon preclinical projections

## In Vitro Hepatocyte Stability

| Compound | Human T1/2 (min) | Mouse T1/2 (min) | Rat T1/2 (min) | Dog T1/2 (min) | Monkey T1/2 (min) |
|---|---|---|---|---|---|
| EPI-7386 | >480 | >480 | >360 | >360 | >360 |

## Animal PK parameter after a single IV dose

| Species | Sex | Dose (mg/kg) | CL (mL/min/kg) | Vss (L/kg) | $t_{1/2}$ (h) | AUC0–24h (ng•h/mL) |
|---|---|---|---|---|---|---|
| CD-1 mouse | M | 0.5 | 0.58 | 0.29 | 5.86 | 13,518 |
| SD rat | M | 0.5 | 1.1 | 0.446 | 4.85 | 7,421 |
| Beagle dog | M | 0.5 | 0.668 | 0.74 | 13.4 | 13,028 |

## Estimated human PK parameters

| Method | IVIVC (hepatocytes) | Allometric scaling |
|---|---|---|
| Human clearance (mL/min/kg) | 0.28 | 0.30 |
| Volume of distribution (L/kg) | 0.87 | 0.8 |
| Half-life (hrs) | 36.50 | 33.60 |
| Bioavailability (%) | NA | 79.4 |

## Projection of human PK parameters at steady state based on preclinical data

| Dose (mg) | $C_{max}$ (ng/mL) | $AUC_{0-24}$ (ng*hr/mL) |
|---|---|---|
| 200 | 6,915 | 137,278 |
| 400 | 13,830 | 274,556 |
| 600 | 20,748 | 411,834 |
| 800 | 27,659 | 549,113 |
| 1000 | 34,580 | 686,390 |

- **Projection of human PK parameters predicts low clearance and a long half-life**

- **Doses ≥ 600 mg are predicted to achieve an AUC that exceed the AUC needed for anti-tumor activity in mouse xenograft studies**

Case 1:25-cv-00124-WCG    Filed 10/10/25    Page 4 of 8    Document 29-4

**ESSA**

3

# Human PK parameters measured in the 200 mg cohort correlate well with preclinical projections

### Measured PK parameters at 200 mg cohort

| Dose (mg/day) | Day | N | t1/2 (hr) | $T_{max}$ (hr) | $C_{max}$ (ng/mL) | $C_{last}$ (ng/mL) | $AUC_{0-24}$ (ng•h/mL) |
|---|---|---|---|---|---|---|---|
| 200 | 1 | 4 | 22.0 | 6.5 | 3,295 | 1,808 | 53,850 |
| | 28 | 3 | 24.8 | 6.7 | 8,020 | 4,593 | 146,833 |

**EPI-7386 human PK**



- **Drug accumulation observed with repeat QD dosing; steady state reached after day 8**
  - Confirmed EPI-7386 long half life (~24 hrs) in humans, supporting QD dosing
- **Average Day 28 AUC ~ 147K is similar to preclinical projections for the AUC (137K) in patients at the 200mg dose**
- **Doses ≥ 600 mg of EPI-7386 are projected to achieve the AUC goal of >300K, corresponding to drug exposures in mouse xenograft studies showing antitumor activity**

- **No signs of CYP3A induction at the 200 mg level, as measured by 4β-OH cholesterol / total cholesterol ratios**



Case 1:25-cv-00124-WCG    Filed 10/10/25    Page 5 of 8    Document 29-4

**ESSA**

# EPI-7386-CS-001: Patient treatment history, duration of therapy and safety profile of the 200mg cohort

- **Four patients enrolled into cohort**

- **Three patients evaluable for DLT assessment**
  - **One patient discontinued before D28 due to disease progression**

- **Prior lines of treatment for mCRPC: 2 to 7**
  - **2 patients received both abiraterone and enzalutamide**
  - **3 patients received prior chemotherapy (taxanes)**

- **2 patients had high levels of neuroendocrine markers**
  - **Neuron-specific enolase (NSE) used as a marker**



**200 mg cohort**

Cycles of treatment

\* Early discontinuation on C1D22 due to disease progression in the brain

▒ Presence of neuroendocrine markers

→ Ongoing

■ PD/Discontinuation

● PR

## Safety Assessment

- **No DLTs observed**

- **Possible related adverse events (AEs):**

| Patient | Grade | AE | Comment |
|---------|-------|----|---------|
| 01-001 | 1 | Anemia | Ongoing at time of death |
| 01-002 | 2 | Hot flashes | Ongoing |
| 02-001 | 2 | Neutropenia | Resolved |
| 02-001 | 1 | Hyperkalemia | Resolved |
| 09-001 | 1 | Weight loss | Ongoing at time of PD |

Case 1:25-cv-00124-WCG    Filed 10/10/25    Page 6 of 8    Document 29-4

**ESSA**

# EPI-7386-CS-001: Patient PSA level changes in the 200 mg cohort







* 18 days before study patient started ADT (degarelix)

## Patient 01-002 history of serum PSA evolution



- **At 200 mg, EPI-7386 levels are still below the optimal target exposures for antitumor efficacy observed in animal models**

- **PSA response first observed at the end of Cycle 3. Radiologic assessment at 12 weeks showed SD (bone and pelvic lymph nodes)**

- **Patient 01-002 is scheduled for intra-patient escalation to 400 mg when starting cycle 7**

Case 1:25-cv-00124-WCG    Filed 10/10/25    Page 7 of 8    Document 29-4

**ESSA**

# Conclusions

- Human PK parameters projected from preclinical species predicted a low clearance and a long half-life for EPI-7386 i.e. good pharmaceutical properties

- PK parameters at 200 mg confirm the preclinical projections
  - T1/2 ~ 24 hrs with drug accumulation noted through Day 8

- The exposure achieved at 200 mg in the clinic is still below optimal target exposures associated with anti-tumor activity in animal models
  - Serum PSA level decline > 50% was observed in one patient after 3 cycles (12 weeks) and is ongoing (Cycle 6)

- EPI-7386 was well tolerated at 200 mg with no SAEs observed

- Following the recent 400 mg cohort for safety and tolerability, the 600 mg cohort dosing has been initiated