# EXHIBIT 7

Case 1:25-cv-00124-WCG    Filed 10/10/25    Page 1 of 11    Document 29-7

# Jefferies London Healthcare Conference

## Company Participants

- David R. Parkinson, President, Chief Executive Officer & Director
- Peter Virsik, Chief Operating Officer, Executive Vice President

## Other Participants

- Kevin Strang, Analyst, Jefferies

## Presentation

### Kevin Strang  {BIO 22719318 <GO>}

My name is Kevin Strang. I'm one of the biotech associates here at Jefferies. It's my pleasure today to introduce ESSA Pharma for a Fireside Chat. I have here with me David Parkinson, CEO; Peter Virsik, the COO; and David Wood the CFO. And it's going to be a fireside chat format.

And with that, thank you for joining us today management.

### David R. Parkinson  {BIO 3079993 <GO>}

Appreciate the opportunity. Thank you, Kevin.

### Kevin Strang  {BIO 22719318 <GO>}

So yeah, we can just dive in. If you wouldn't mind telling me, for those who don't know as well, a little bit about ESSA Pharma and maybe give us a one minute intro highlighting your main products.

### David R. Parkinson  {BIO 3079993 <GO>}

Certainly. Well ESSA is a small biopharma company focused on small molecule development to inhibit androgen male hormone biology that's particularly relevant for prostate cancer. And our primary project which is 7386 is actually a small molecule which inhibits the N-terminal domain of the androgen receptor. And we can talk about what that means and what the clinical possibilities of this kind of mechanism of action can be.

## Questions And Answers

### Q - Kevin Strang  {BIO 22719318 <GO>}

Great, that sounds like a great segue into 7386. You mentioned that it's unique in targeting the N-terminal region of the androgen receptor.

### A - David R. Parkinson  {BIO 3079993 <GO>}

Yeah.

### Q - Kevin Strang  {BIO 22719318 <GO>}

Can you talk about how that's unique versus standard of care? Androgen or AR inhibitors?

### A - David R. Parkinson  {BIO 3079993 <GO>}

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.
Printed on 10/08/2025 Page 2 of 11

Bloomberg

Certainly. Prostate cancer has been known since the 1950s really to be in its early years predominantly driven by androgen related biology. All of that goes through the androgen receptor. The history of therapeutics development for prostate cancer has been a 60 plus year history of incrementally better ways of shutting down androgen biology.

And each generation of improvement in shutting down that biology translated ultimately into clinical benefit. Longer progression free survivals, longer overall survivals. The most recent generation of anti-androgens, as these drugs are referred to, are either blockers of androgens binding to the receptor or inhibitors of synthesis of androgens. That all occurs through the ligand binding to domain of the receptor. And men inevitably become resistant to that.

By inhibiting transcription driven by androgens, through this unique mechanism involving the other end of the receptor, the so called N-terminal domain, we have the potential to bypass all the mechanisms of resistance.

But as we've shown in a series of pre-clinical studies over the last three, four years, if we combine N-terminal domain inhibition with those same anti-androgen strategies, we can shut down androgen biology much more completely, at least experimentally. So if the history of anti-androgen development in prostate cancer pertains, that should translate in the clinic to better clinical benefit, as we do see in the pre-clinical studies.

## Q - Kevin Strang  {BIO 22719318 <GO>}

Right, that makes sense. And I guess just to start with the monotherapy portion of that, you've reported data so far. Can you talk about that data and what gives you evidence of activity and where you are with the 7386 Phase 1b expansion? And then also when you could provide the next monotherapy update?

## A - David R. Parkinson  {BIO 3079993 <GO>}

Yeah, certainly. So with all new mechanisms of action, new molecules, you need to start in patients who have no alternative run out of currently approved therapies. And that's what we had to do with 7386. So we've done that. And the patient population involved are men who have had the disease, often for 5 or 10 years, who've been through the gamut often of previous anti-androgen therapies.

Many of these men have had chemotherapy and some of them have had actually immunotherapeutic approaches as well. So they're heavily pretreated group of patients. And one of the things that we found, as we did the Phase 1a trial of 7386 is actually paralleled by what has been found with other early studies in the same patient population by other companies with AR related mechanisms.

And that is that the biology of these men is very complicated. There are many other genomic drivers and it involves much more than the AR receptor. So what we did show, the drug is safe, it's well tolerated, and we designed this drug ultimately to be combined, as I suggested was a good idea, and we'll talk about that in a second.

But we finished the dose escalation. We have a dose to go into Phase 2 with. We're currently in the expansion phase, and when we'll report on that is going to be a function of rate of accrual to those expansion trials. The important addition to the trials that we didn't have access to in the initial Phase 1 dose escalation is the addition of very deep biological characterization.

Our goal is to find whether, consonant with what I said earlier, men who are progressing on late stage anti-androgens still have a predominantly driven AR tumor. These are the men we can help

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.
Printed on

Bloomberg

the most. These are the men we can demonstrate clinical effect in the clearest. And there might be a registration path for single agent therapy.

So is there such a group of patients? How large is that group of patients? And what would a meaningful clinical benefit be in those patients? The biological characterization will help us. If those elements are true, then we have a registration strategy for single agent. Otherwise, we'll focus our development on the combination therapy for all the reasons I stated earlier.

## Q - Kevin Strang  {BIO 22719318 <GO>}

Okay, great. I think that makes sense. And so moving on to the combination, you recently reported data for enzalutamide and 7386 at the Prostate Cancer Foundation retreat and included five out of six PSA90 responders. Can you talk about what you would expect with these patients if it was enzalutamide alone, and what else you can tell us about these data?

## A - David R. Parkinson  {BIO 3079993 <GO>}

Sure. So the Data we reported two weeks ago was based upon the first two cohorts of data, the first groups that were dosing 7386 and enzalutamide. And as you mentioned, five out of the six patients achieved the PSA90 within the study, and four of those six patients achieved it within 90 days.

So if we look at those metrics in the history of enzalutamide, what we know is that patients who were first treated with enzalutamide in the pre-chemo setting, so they had not yet had chemotherapy, 37% of those patients would be expected to achieve a PSA90 within 90 days or within the study, 47% in total.

If you look at the post-chemo patients that were treated with enzalutamide, historically, only 13% of the patients achieved the PSA90 within 90 days. And then ultimately, I think it was 37% or so that achieved it overall in this study.

Okay, so if we compare four out of six achieving it within 90 days, and four of those six patients were post-chemo, those numbers look pretty -- like pretty good comparison compared to the historical data. So it's encouraging, we can't conclude anything, but it's an encouraging initial step. We have two more dose cohorts we'll be going through, and at that point, the dose of each of the two drugs will be higher. So perhaps those data will continue to improve.

## Q - Kevin Strang  {BIO 22719318 <GO>}

Great. Thank you. And then, so just more on that, could you provide some background on the Pfizer, Astellas relationship and how that collaboration is functioning?

## A - David R. Parkinson  {BIO 3079993 <GO>}

Sure. So within the Pfizer and Astellas contract, we are the ones that are actually going to be running the study. So we're conducting the study and they're providing study drug to us. And within that study, we're controlling everything and we get to run it as we please, and also report data as we like. So everything is going along very well in that study.

We have two other collaborations that we also signed, one with J&J, which we recently talked about and I think is probably going to come up regarding some of the changes there in that study. But in that study, they're going to be the ones who are running their study drug and we're providing them the drug so that they can study it.

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.
Printed on ...

Bloomberg

And then the second collaboration is with Bayer and they would be running that study and we would provide them study drug. The Bayer study is not yet started. The J&J studies did start and they did enroll three patients, but unfortunately they found that they could not enroll patients sufficiently fast enough to meet their metrics and they decided that they would then suspend the continuation of the study. We're actually going to be taking that study over and we're going to be running 7386 with apalutamide and with abiraterone separately.

## A - Peter Virsik  {BIO 19868146 <GO>}

And they'll supply drug.

## A - David R. Parkinson  {BIO 3079993 <GO>}

And they'll supply study drug to us. Now, we do know from that study that two out of the three patients that began that trial achieved a PSA90 within 90 days. And that's very consistent with our study as well.

## Q - Kevin Strang  {BIO 22719318 <GO>}

Right. Okay, that makes sense. And for the -- going back to the enzalutamide combo, when should we expect or -- excuse me, what should we expect in the full combo dose escalation data in the first half of next year? And how many patients and what are the endpoints that we're going to be looking at there?

## A - David R. Parkinson  {BIO 3079993 <GO>}

So what we've committed to is providing an update on the dose escalation portion of the study sometime in the first half, probably towards the end of the first half next year. There are four dose cohorts that we're planning for. We're currently dosing in the third cohort. So there'll be a total of maybe 15 patients or so that we'll report data on. And the data we'll report will be similar to what we've done to date. So it'll be safety, tolerability, looking at pharmacokinetics, any drug-drug interactions, and then looking at early signs of clinical activity such as PSA90 and other metrics.

## Q - Kevin Strang  {BIO 22719318 <GO>}

Okay. And then last quarter, I believe that you talked about making progress with zeroing in on the right type of patient. And this is something that, David, you spoke about earlier in -- particularly in mCRPC, in your Phase 1 dose expansion. Could you talk about what supportive data you have that shows you that you're enrolling a more optimal patient population going forward?

## A - David R. Parkinson  {BIO 3079993 <GO>}

Yeah. So as we started, as I indicated, with the dose escalation trial, it became clear that the these very far advanced patients were not the ideal setting in which to utilize an AR targeted modality. It doesn't matter what kind of modality because it was much more complicated biology. The circulating tumor DNA showed us all manner of other genomic change, most predominantly in the AR genome, but related genome, but also many other drivers, p53, RB, WNT pathway, and MYC. What you would expect in a late stage patient with cancer who'd had that cancer for a decade or more.

So first thing we -- first step we took to try to eliminate patients where the biology of their tumor was not really consonant with the mechanism of action of our drug was to eliminate patients with Gross neuroendocrine de-differentiation.

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

Printed on 10/06/25

Bloomberg

Now, as a medical oncologist, we used to see that rarely in prostate cancer. But it was pretty clear in these late stage patients, they've lived so much longer than patients when I first started out that neuroendocrine differentiation associated often with visceral disease, so eliminate is much more common. So we have eliminated patients with visceral disease.

And as another step, we've taken to try to define whether that population I described exists is we've recently eliminated chemotherapy and no more than three previous lines of therapy, usually anti-androgen related therapy. We probably will end up narrowing that down further as we have seen with other companies in this space, as they look for patient populations relevant to their particular mechanism of action.

And one of the major ways we intend to do that is by the use of assays, such as the new Caris Assure assay, which gives whole exomic and whole transcriptomic sequencing associated with whole blood. So a liquid biopsy, real time, reflecting the current biology of the patient's disease.

So the search is for that group of patients and to define: One, how large is it? We've seen evidence for that. We saw dramatic response in the Phase 1 dose escalation. But how large is it? And would that represent a meaningful group of patients to look for single agent registration. Failing that, we'll concentrate our resources on the combination situation.

## Q - Kevin Strang  {BIO 22719318 <GO>}

Great. Yeah, I think that makes a lot of sense. And so you mentioned the Caris assay and I believe you're using two others as well. So those are helpful in characterizing these patients. Have you -- could you say where you're at in that process in terms of implementing these exclusions? Are you...

## A - David R. Parkinson  {BIO 3079993 <GO>}

We are not using those assays yet for screening. We are using them for characterization of the patients we're treating in the expansion phase with monotherapy. We're also using that for characterization of patients with our combination therapy. So the idea is to better understand the real heterogeneity of patient populations that are in prostate cancer, particularly in late stage, heavily pretreated patients. And to better tailor our drug development in a way that would be more efficient and more likely to benefit, frankly, the patients we're treating.

## Q - Kevin Strang  {BIO 22719318 <GO>}

Great, thanks. And then just moving on to another study that you're running, Window of opportunity study in non-Metastatic CRPC. You've talked about enrolling 10 to 12 patients that had prior responses. Could you just tell us more about that study and what the status is and what you hope to learn from that study?

## A - David R. Parkinson  {BIO 3079993 <GO>}

So these are men with rising PSAs but no overt metastatic disease. It's a very clean setting in which to use the single agent drug. We'll be using the same kind of biological, pharmacological and clinical characterizations that we're using in the other studies. It's a limited number of patients, as you've indicated, it's for a limited amount of time and it is probably one of the cleanest settings.

We have another clinical setting we've identified which we can discuss, the neoadjuvant setting. But this window of opportunity study is a relatively new approach that's used to try to define very clearly the relationships among the dose you administer, the exposure you achieve the biological

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

Printed on

Bloomberg

effects associated with that exposure and then the clinical outcome associated with those biological effects. So that's what that's about. It's not a registration directed population.

We're not trying to develop single age in 7386 in early prostate cancer. We don't see ourselves even wanting to compete with the current anti-androgens in that setting. They're good drugs. We believe they'll be better drugs when used in combination with 7386. But this window of opportunity study is a very clean way to demonstrate all those elements around our drug, mechanism of action, et cetera.

## Q - Kevin Strang  {BIO 22719318 <GO>}

Great. Yeah, I think that makes a lot of sense for that study are you looking at -- is there any sort of bar that you're looking at internally for success? I guess in that?

## A - David R. Parkinson  {BIO 3079993 <GO>}

No, it's not really a study looking at success. It's a study looking at all of those elements and how they relate to one another. We're always doing that in every patient population. It's just that in the later stage populations, things are much more complicated biologically.

## Q - Kevin Strang  {BIO 22719318 <GO>}

And then for the phase 1b you mentioned, enzalutamide by itself post-chemo was, I believe, 37%. Is there a bar for that as well that you're looking at when you update (multiple speakers). Sorry, in the monotherapy phase 1b, is there a bar there?

## A - David R. Parkinson  {BIO 3079993 <GO>}

Yeah, well, that's less of a particular percentage we're looking for than rather, can we understand that patient population and how large is that patient population. Because within that patient population, we would expect the drug to be very, very effective, okay. So it's less what the effect of the drug is across the broad population. It's more is -- are these patients, do they exist? How many of them are there? And is that a good setting to put resources into single agent development? And we don't know. And we know that no one else knows either. These drugs, because they're so cleanly biologically targeted, are wonderful diagnostic probes into the real biology of tumors. And so that's how we'll define the population. We don't have a pro forma expectation other than how large is this population and can we serve it with clinical benefit.

## Q - Kevin Strang  {BIO 22719318 <GO>}

Okay, great. And then moving on to something that we've talked about in the past and also sort of just talking about patient characterization. We've talked about ARV7 and other variants in the past where the ligand AR inhibitors like the lutamides don't work anymore in those patients. Is that still part of your hypothesis that 7386 should work in these patients? And what sort of sense do you have of the proportion of variants that are being enrolled into your phase 1b or your combo study?

## A - David R. Parkinson  {BIO 3079993 <GO>}

It's a good question and when we talk about splice variants in the androgen receptor setting, we talk about ARV7, but we talk about AR5, 6, 7. There's many variants that actually occur when the splicing machinery, if you will, begins to be active. And what we know preclinically is that that process actually begins fairly early in the course of a tumor's history, such that actually when

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.
Printed on...

Bloomberg

patients are first diagnosed, you can find some evidence of splice variants. They're really probably not very active there, but they can be found.

And so as the course of the disease continues, the splice variants become more dominant. So we actually expect to see splice variants in different forms throughout the course of the disease in different patient populations that we get into. And we will have assays that we're using at the end stage where we can look at that specifically.

But we do believe, based upon our preclinical data, that we should be active across all splice variants that are clinically relevant. We also have looked at different point mutations in the ligand binding domain that are clinically relevant point mutations where which can cause things like enzalutamide or abiraterone to be resistant. And we show that we are active in that setting.

And so, for all the forms of androgen receptor resistance that we're aware of, we show preclinically that we continue to be active. And so, we'd expect in the clinic for patients who have those forms of resistance and don't have other forms of drivers of the tumor that we should with 7386 show activity.

## Q - Kevin Strang  {BIO 22719318 <GO>}

Great. And then going back to the combination, could you talk about drug-drug interactions and then also any changes in exposure observed and what you still need to figure out as you move forward with the combo studies for both enzalutamide and other drugs?

## A - David R. Parkinson  {BIO 3079993 <GO>}

Sure. So anytime you combine two drugs together, you have to think about the possible drug-drug interactions. Safety is obviously the first and foremost critical area to look at. And when we designed 7386, we looked at the safety profile of all of the different anti-androgens, and we made sure we didn't overlap the toxicities, if you will. So that we feel very good about, based upon the preclinical data, that we don't have an issue there or we shouldn't have an issue on the safety side.

But with respect to the drug-drug interaction, enzalutamide is a notorious, what's called CYP3A inducer, okay. And so we anticipated at the beginning we needed to pick a molecule that would be minimally or moderately impacted by enzalutamide because it's a tough drug to combine with. And at the same time, we wanted to make sure we wouldn't pick a drug that would significantly impact enzalutamide or the other drugs.

And so, what we've seen from our clinical data so far is that we don't impact the pharmacological kinetic profile of enzalutamide really at all. And so what that means is that should allow us to be able to get to a full dose of 160 milligrams, which is the regular approved dose of enzalutamide in our combination study.

On the flip side, enzalutamide is impacting our metabolism. It's reducing it by 50% to 60%. And so in response to that, what we're doing is we're doubling our exposure and our dose in the current combination studies. And so the current cohort has 600 milligrams of 7386 BID. And we believe that should get us to the right level of exposure in combination with enzalutamide.

We'd anticipate something probably like this with apalutamide as well, because apalutamide has a very similar CYP induction profile as enzalutamide. And we would also anticipate that for abiraterone or darolutamide, there'd really be minimal, if any, at all, drug-drug interactions. And so we could combine very directly and very quickly.

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

Printed on 02/05 Page 9 of 11

Case 1:25-cv-00124-WCG    Filed 10/10/25    Page 8 of 11    Document 29-7

Bloomberg

## Q - Kevin Strang {BIO 22719318 <GO>}

Great, thanks. And, you know, just on the apalutamide point, and I know you touched on this before with J&J and sort of finding patients. Is there any more color that you can give on whether you engage with investigators directly or anything you can tell us about investigator interest in that study or in terms of finding patients?

## A - David R. Parkinson {BIO 3079993 <GO>}

Yeah, I mean, we can't speak directly to the investigators that J&J was utilizing in the study, but what we know from actually, just presenting our data at the Prostate Cancer Foundation meeting a few weeks ago, we had a lot of interest from investigators in our data. And so actually from that, there was quite a bit of interest in trying to become an investigator in our study with our enzalutamide study.

So we can't speak to the interest that J&J may have seen with its investigators. But what we do know is that it was a challenge for them to enroll patients, but it was an even bigger challenge to activate the sites, and they were not able to activate as many sites as they wanted. And so that really was probably, at the end of the day, what impacted enrollment more than anything else.

## Q - Kevin Strang {BIO 22719318 <GO>}

Okay, that makes sense. And on another collaboration with Bayer, regarding the Bayer led darolutamide study, is there any status update there?

## A - David R. Parkinson {BIO 3079993 <GO>}

Yeah, we wish we could provide an update. We're really working hard to try to engage Bayer and get that study initiated. I think we've mentioned it before, but Bayer over the last year and a half has had significant changes in its organization. A lot of the folks that we knew have moved on, but they have reorganized. And so, we are trying to get that study started.

But irrespective of initiating that study, we actually have our own study that we're going to be conducting with darolutamide in what's called the neoadjuvant setting. And that'll begin in the first half of 2023. That's really going to be conducted in patients who are just beginning their prostate cancer journey, if you will. They're diagnosed with prostate cancer, they'll have surgery.

These are patients who have high risk and they'll be treated for three months with darolutamide, which is the Bayer drug, or darolutamide plus 7386. And we'll compare the differences in the tissues and a lot of different biological parameters. So that should give us very good information about the combinability as well as the biology, the biological effects of combining the two drugs together.

## Q - Kevin Strang {BIO 22719318 <GO>}

Great, thanks. And just one or two more questions as we're nearing the end here, but wanted to talk about your preclinical data. You've got some interesting data on your AR degrader program. Could you recap the data for us and talk about next steps with that program?

## A - David R. Parkinson {BIO 3079993 <GO>}

Sure. So that's what we call our Anatak program. So it is a bifunctional degrader that uses an Anatin to engage the target and then degrades it. And so this is degrading it through the N-terminal domain. It's a unique way of degrading the androgen receptor.

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

Printed on 2025-10-10

Bloomberg

We've made great progress in being able to find compounds that are potent and compounds that have decent ADME profiles. We're still working on getting candidates that we believe would be IND ready. And we hope 2023 will make really good progress on that front. But so far it's been quite exciting. We have very potent compounds now and compounds that seem like they could be drug like. So fingers crossed.

## Q - Kevin Strang  {BIO 22719318 <GO>}

Great. And then, just on the mCRPC variant patients, there's some other competitors targeting those patients. Could you just give your brief thoughts on what the competitive landscape is like there?

## A - David R. Parkinson  {BIO 3079993 <GO>}

Yeah. And you know, we don't really see that we're in competition with companies developing sort of really late stage PSMA. That's a different group of patients. That's not an AR, as we've shown, AR biology driven group of patients. So we don't see any competition there. In the late stage, if there is a group of patients that's still predominantly AR driven, we'd be able to give them with an easy, oral, non-toxic, safe therapy but we'll have to define that population.

With respect to the early patient populations where we would add on to the current anti-androgens. We really don't think there's any competition currently for N-terminal domain inhibition. And so, that's an interesting space for us. And one of the interesting things for us will be to define as we come towards an IND candidate with a degrader is what's the relative role of inhibition versus degradation. And that will be very interesting to sort out on the pre-clinical side because that has a lot of clinical application implications.

## Q - Kevin Strang  {BIO 22719318 <GO>}

Great. Yeah, that makes a lot of sense. And so just to wrap up, if you want to highlight for investors what the key catalysts they should be focused on in the next 6 months to 12 months.

## A - David R. Parkinson  {BIO 3079993 <GO>}

Well, as David Wood could say better than I will, but I'll say it. We have enough money to conduct all of the things we talked about and to give us a runway that goes through the end of 2024 at a minimum. You can look to hear from us in the next six months. You'll hear the completion of our dose equilibration piece of the combination trials.

We'll update people as we accrue patients and study them in the expansion trials. We'll be initiating the Phase 2 randomized portion of the combination trial with enzalutamide. The 40 patients in the enzalutamide arm, 80 patients in the combination arm. That'll be initiated right after we finish the dose equilibration piece. So we'll have all of that information.

We probably will not give intermediate clinical information about the ongoing randomized trial with combination therapy. And I guess we'll update people as we continue to develop and move towards an IND candidate for the degrader. So the next 6 to 12 -- we finally earned the right after two years of taking this drug into patient populations where its mechanism of action is most relevant. So it's going to be a really exciting next 6 months to 12 months. We're looking forward to it.

## Q - Kevin Strang  {BIO 22719318 <GO>}

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

Printed on 09 Sep 2025. Page 25 of 27

Great. Yeah, thank you so much for being here with that and thanks ESSA Pharma and we really appreciate it.

## A - David R. Parkinson  {BIO 3079993 <GO>}

We appreciate the opportunity. Thank you, Kevin. Thank you.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2025, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

Printed on

Bloomberg