# EXHIBIT 11

# Piper Sandler 35th Annual Healthcare Conference

## Company Participants

- David R. Parkinson, President, Chief Executive Officer & Director
- David S. Wood, Chief Financial Officer
- Peter Virsik, Chief Operating Officer, Executive Vice President

## Other Participants

- Joseph Catanzaro, Analyst, Piper Sandler

## Presentation

### Joseph Catanzaro  {BIO 19670756 <GO>}

Perfect. So let's go ahead and get started here. Thanks everybody for joining us. Tuning in second day of the Piper Sandler or third day of the Piper Sandler Annual Healthcare Conference. I want to thank the ESSA team here for joining us. We have David, Peter, and David to take us through the next 25 minutes. Maybe first, before we jump into Q&A, David, I could give you a couple of minutes, you could introduce ESSA, what you guys have been up to and what we have to look forward to.

### David R. Parkinson  {BIO 3079993 <GO>}

Thank you, Joe. Well, first of all, it's a pleasure to be here. Thank you for the invitation. I'm here with my colleagues, Peter Virsik, who is Our Chief Operating Officer, and David Wood, Our Chief Financial Officer.

And just to give you a sense as to why we're doing what we're doing. Prostate cancer, particularly in its early stages, is uniquely driven, as I think most people know, by male hormone biology, by androgens. That's been known for more than seven decades. And what we've seen over the last seven decades are progressively improved methods, often with better generation agents, but sometimes with the combination of those agents directed at interfering with male hormone biology in early stages of disease.

Every single time that's been accomplished, it's translated to clinical benefit for men with prostate cancer. We think we represent the next phase of that. Our molecules, which are uniquely directed towards the other end of the receptor, the so-called N-terminal domain, interfere with transcription in a way that is completely different from the current anti-androgens, which are good drugs on the market.

We're not trying to compete with them, but rather we have shown preclinically that by combining our drug with current antiandrogens, by shutting down transcription by two different complementary mechanisms of action, two different ends of the receptor, we get even more suppression of androgen biology. And as I said, historically, that translates to clinical benefit. That's what we're about. That's why we're doing this, is to bring good quality of life with an oral tablet given once or twice a day, in combination with current therapies, really, we believe potentially extend the life of men with prostate cancer. So that's why we're here.

## Questions And Answers

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

Printed on 07-11-2023 Page 1 of 10

## Q - Joseph Catanzaro  {BIO 19670756 <GO>}

Yeah, great. That's perfect. And a great jumping point. Of course. I want to talk about masofaniten and sort of the data you guys have generated and future plans, but maybe you could just sort of start with a high-level question. I think something you guys have spent a lot of time digging into and thinking about. And that's what we now maybe know about the level of androgen receptor signaling dependency in a later line castrate resistant prostate cancer population versus of course, an earlier line population.

## A - David R. Parkinson  {BIO 3079993 <GO>}

Maybe I'll start with that and -- I'm a medical oncologist by background. When I saw the mechanism of action, I saw that preclinically utilizing our antigens, our N-terminal domain inhibitors, you could overcome essentially all the mechanisms of resistance to current antiandrogens. And resistance inevitably occurs in men receiving these antiandrogens.

Our first thought was to use the drug to rescue men in advanced stages of the disease who had received these late-stage antiandrogens, but whose tumors were now progressing, presumably due to resistance. And so that's where, as in all oncology trials, when needed to start with masofaniten what we now call masofaniten, previously 7386.

And what we have found, as with other companies with androgen receptor-related mechanisms of action, is that after men have had the disease for a number of years under therapeutic pressure, sometimes with chemotherapy, always with serial applications of different antiandrogens, there's a lot more biology going on than just androgen receptor drive to the tumor.

So while we did see significant evidence of antitumor activity, it wasn't meaningful enough for us to really think that was the major future for the drug. We're still completing our single-agent therapy in more advanced patients. We're learning a lot about the disease, a lot about the drug from those patients. And if there is such a population that after progressing on current antiandrogens, they're still predominantly AR-driven, that might be a direction to go in.

On the other hand, we could be part of a solution with multi approach because no single, I think, mechanism of action, biological mechanism of action, is going to address these late stage complicated biology, heterogeneous biology patients.

Our future, we believe, is in earlier lines of therapy where the disease is more homogeneously AR-driven and where we believe we can achieve better suppression of androgen biology together with the current drugs.

## Q - Joseph Catanzaro  {BIO 19670756 <GO>}

So I think there's long been thinking around masofaniten. The best use case for it is earlier line in combination. You guys have now started to generate some early data in combination, namely with enzalutamide, and provided some recent updates over the last couple of months, maybe you could speak to the data set, but really sort of point out what you see as some of the key takeaways from the early data.

## A - David R. Parkinson  {BIO 3079993 <GO>}

Peter?

© COPYRIGHT 2024. BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.
Printed on 09-11-2025 Page 2 of 10

Bloomberg

## A - Peter Virsik  {BIO 19868146 <GO>}

Sure, sure. So we reported at the ESMO Conference at the Prostate Cancer Foundation meeting the first four cohorts from our Phase 1 combination dose escalation study with enzalutamide. And we saw very interesting translative data that we look at as being reflective of what we were hoping to see based upon our pre-clinical and you may recall we've talked about this in the past.

Preclinically, when you combine the two, you see this deeper, broader suppression. And so what we were looking for would be in patients, something similar. So that would translate to quick, rapid PSA decline that would occur in more patients and the ultimate decline would be a deeper decline. And then ultimately that should translate to a longer duration of PSA benefit and benefit these patients.

So what we've reported on today really are the first three we can really speak to. We saw very rapid deep PSA declines in 13 patients of 16 patients achieved the PSA90. We also then had these duration so far has been also very encouraging. We really can't speak to that exactly yet, but ASCO GU, we will be updating our Phase 1 data with longer-term data.

But when we talk to our investigators and people who are involved with the study, they look at our fighter plot, which plots out all the PSAs, and it really looks like these are patients that when they respond, they respond pretty fully and they seem to respond pretty quickly and there seems to be a good duration so far.

## Q - Joseph Catanzaro  {BIO 19670756 <GO>}

Yeah. So I think one thing you guys have emphasized is not just the rate of PSA90 responses, but the kinetics of those responses. Maybe you could speak to that, how we should think about that in comparison to enzalutamide on its own, and ultimately maybe what those kinetics imply about how masofaniten is contributing to the efficacy within the combination.

## A - Peter Virsik  {BIO 19868146 <GO>}

Sure. So there's historical data here where the investigators have looked retrospectively at two studies, the PREVAIL study and the PROSPER study. And those were both in the castrate-resistant setting. One was metastatic versus non-metastatic.

What they showed was that the deeper you can suppress PSAs and more quickly, the better the overall survival in those patients. So that's actually that concept of a rapid deep decline is what we're using our Phase 2 for our primary endpoint.

And what we're seeing in our Phase 1 data set so far is that 69% of patients achieve that PSA90 within 90 days. So very rapid. We would expect it, based upon the Prevail data, to had roughly 37% of patients. So a good delta. So it's encouraging so far.

## Q - Joseph Catanzaro  {BIO 19670756 <GO>}

So I just want to make sure I understand it. So it's not just about achieving PSA90 at any time on study. There's evidence that if you achieve that earlier, that translates to better long-term responses than those who achieve PSA90, say it like six, seven, eight months.

## A - David R. Parkinson  {BIO 3079993 <GO>}

I think the data at that point start to be a little bit muddied.

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.
Printed on 09-11-2025 Page 5 of 10

## Q - Joseph Catanzaro  {BIO 19670756 <GO>}

Yeah.

## A - David R. Parkinson  {BIO 3079993 <GO>}

But the rapid decline does seem to be a unique feature. And if you get a rapid decline, it means that the tumor is probably responding, and that's usually a good tell-tell sign. But you can have patients that have a slower decline, ultimately do reach a deep decline and still can do well.

## A - Peter Virsik  {BIO 19868146 <GO>}

I think the other thing to point out is it doesn't appear that there's any penalty to pay for these patients in terms of decreased safety or tolerability. Basically, the profile, the safety profile and tolerability profile looks identical in the combination to that of enzalutamide. So that's really important because quality of life is really, really very important in early stage prostate cancer.

## Q - Joseph Catanzaro  {BIO 19670756 <GO>}

I recognize sort of the data set is still smaller, but I'm wondering as we get sort of larger, there actually should be some expectations that you should see some additive safety. But all along the sort of androgen-driven side of things with deeper suppression comes with more hot flashes, things like that.

## A - David R. Parkinson  {BIO 3079993 <GO>}

We haven't seen more of that. We obviously do see that. We even saw that with single agent masofaniten. As you would expect, these are the biological changes associated with inhibition of androgen biology, but it doesn't appear to be worse, sp.

## Q - Joseph Catanzaro  {BIO 19670756 <GO>}

Yeah, the one last point I think I want to make on the high-level data, then maybe we could dig into some more specifics is the early signal that almost every, or I think every patient who achieves a PSA50 will go on and achieve a PSA90. And I think we saw that going from ESMO to the Prostate Cancer Foundation in a couple of patients. I guess, what do you make of that? And again, what does that imply about sort of the mechanistic synergy between the two agents?

## A - Peter Virsik  {BIO 19868146 <GO>}

So this is where -- it's interesting when you think about what we were trying to achieve and hypothetically. So what we know about splice variants is that they're already there at this stage of the disease. These are patients who have tumors that can be driven partially by full-length androgen receptor where enzyme will work, but also by potentially splice variants where there's no ligand binding domain and enzyme won't be active.

And so if that's the case in a particular patient, we would expect that patient to have a partial response to enzalutamide. But with us we should see a more complete response. And indeed that does appear to be small data set, as you point out, Joe, but at least so far in the 16 patients that we've reported on, patients when they've had a response, have had a deep response. Whereas in enzalutamide, only 60% of patients who were in the Prevail study who achieved the PSA50 went on to achieve a PSA90, whereas we're much higher than that right now.

## Q - Joseph Catanzaro  {BIO 19670756 <GO>}

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.
Printed on 09-11-2025 Page 4 of 10

I want to address maybe a couple of points of pushback I've heard on sort of the data set that I've heard from investors over the last couple of months. One is this the idea that when you look at the PSA curves, when during the masofaniten run in for some patients, their PSAs are actually going up and only when Enza comes on board, do you see that decline.

I know we've spoken about that, but maybe you could just sort of speak to sort of the implications of that or the non-implications of that.

### A - David R. Parkinson  {BIO 3079993 <GO>}

I think it's the non-implications of that. Peter, do you want to comment on.

### A - Peter Virsik  {BIO 19868146 <GO>}

Sure, sure. So there's a lot of factors here to consider. First off, I think it's important to acknowledge that the Prostate Cancer Working Group recommends not looking at PSAs until three months. And there's a reason for that. There's a history where they have looked at data and PSAs fluctuate.

What's also important for us though is that when you look at the actual half-life of PSA, for instance, it's three days. So any changes are going to be slow to move. Plus, our drug, when we start to give it at the beginning, it's actually at a quite low concentration. It accumulates because it has a long half-life. So we don't actually get the full inhibition until [ph]week.

And so what we also know is that patients early on when their tumors are starting to respond, they can lyse and release PSA and complicate things. So it really is irrelevant. One month, I think, is probably the earliest that people have shown clinical validation to say, okay, that's a marker that one can look at. But when you look at studies that have tried to look earlier, they find that it's basically a normal distribution. Even drugs, even later that would be very potent within the first two weeks, really can't see anything.

### Q - Joseph Catanzaro  {BIO 19670756 <GO>}

Yeah. The other area that I've heard, and I know we've spoken about this, is like the low baseline PSAs that many of these patients are coming on,

### A - David R. Parkinson  {BIO 3079993 <GO>}

Yeah. We have heard.

### Q - Joseph Catanzaro  {BIO 19670756 <GO>}

And whether that's playing a role. And I know we've spoken about how there's actually data from PREVAIL and others that suggest it shouldn't, but maybe you could just sort of touch on it.

The other sort of area I heard is, these low baseline PSAs, so maybe provide some confounding around when you actually measure PSA levels and sort of the tight variability there.

### A - Peter Virsik  {BIO 19868146 <GO>}

Yeah. So I'll. Let me speak to this.

### A - David R. Parkinson  {BIO 3079993 <GO>}

Yeah.

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.
Printed on 09-11-2025 Page 6 of 10

## A - Peter Virsik  {BIO 19868146 <GO>}

Add to it. So, Joe, actually you were the first one in your team that brought to our attention this study that was done. It was PREVAIL that looked at patients in that study that had a low PSA of less than 10 or higher than 10. They fared any differently on PSA90s, as we've talked about in the past. That study showed, I think it was 47% versus 48% of patients overall achieved a PSA90 below 10 or above 10. So no real correlation there.

But there's a couple of factors for why we have a low PSA coming into our study. One of them is actually, if you look at the field in general, patients are treated more close together. They don't have as many windows where they're not being treated, and therefore, patients don't have a chance for their PSAs to continue to rise and so PREVAIL. It was 54 PSA of 54. When you have [ph]ASUS, it was 32 or something. And then you go to PROPEL, it was 18. So it just has been declining over time.

But the other factor that's probably just as important, if not more important, is that in our study, we're allowing patients to enter who have had prior chemotherapy in the metastatic sensitive setting or the castration sensitive setting. And when you look at those patients, their PSA levels, they're coming in at much lower levels than our patients who haven't had that. And that's a very common theme. You can look at prior studies to see that trend, whether or not the prior chemo in that setting was different than the regular non-prior chemo. And they are indeed quite different.

And so because we have such a large proportion of 40%, that skews our numbers lower. But again, you have to ask yourself, were these easier to treat patients because they had chemo? Probably not. They probably had a tougher disease to treat. And so that low PSA really probably isn't relevant.

## A - David R. Parkinson  {BIO 3079993 <GO>}

Yeah, it might have been a discussion point with the first couple of cohorts because most of them were fairly low starting off. It's not true. The second cohort, there's some pretty high PSAs in there. I think it's canard. It's really nothing.

## Q - Joseph Catanzaro  {BIO 19670756 <GO>}

My last question, I guess, as we look towards now the ongoing randomized study is maybe first on your level of comfort of the exposures you're achieving. You've moved forward with the full dose of Enza and then I think the 600mg bid for masofaniten. Just your overall level of comfort there and whether there's any additional kind of dosing work you're doing outside of the Phase 2.

## A - David R. Parkinson  {BIO 3079993 <GO>}

Well, first of all, we've shown we can give full dose enzalutamide because our drug does not affect the pharmacokinetics of enzalutamide. Secondly, we confirmed our predictions, which were no surprises, that enzalutamide does accelerate the metabolism of our drug. Hence, we worked on giving higher and higher doses and gave 600 milligrams twice a day of our drug together with enzalutamide. We get excellent exposures, totally consistent with active levels of exposure from our preclinical data.

On the other hand, we are not limited by safety and tolerability with our drug. And so one of the things we will almost certainly be doing going forward, we've gone into the Phase 2 randomized

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.
Printed on 09-11-2025 Page 8 of 10

study with full dose enzalutamide and with 600 milligrams twice a day of our drug, well tolerated, safe.

But we also did treat on the way up in the dose escalation. We treated 120 milligrams, so not full dose of enzalutamide with 800 milligrams of our drug. And we got pretty good exposures in those relatively few patients.

Now we've made the decision to go into the Phase 2 with the dose and schedule I described. Probably on the side, we'll take a look at additional patients because ultimately project optimists from the FDA would want you to. We believe it's important. We believe you should try to get the exposures that are necessary for efficacy without any safety or tolerability price. We don't have that with our drug.

So we will explore some additional dose and schedules of our drug with dose enzalutamide. But we don't need that for the randomized Phase 2, which is proof of concept for the hypothesis with a higher level of evidence.

## Q - Joseph Catanzaro {BIO 19670756 <GO>}

Yeah, I actually want to go back to, Peter. You mentioned the next update we'll get from the Phase 1B is at ASCO GU? It sounds like at that point, the key focus will be sort of median time to PSA progression. Again, going back to the rates of PSA90, maybe you could just sort of speak to expectations and what would be indicative that the combination is also translating to benefit on time to PSA progression.

## A - Peter Virsik {BIO 19868146 <GO>}

Yeah, so if you look at the historical data on time to PSA progression across the different antiandrogens in the same patient population, it's actually remarkably consistent over time. So the PREVAIL study, it was I think 11.2 months. In the ACE study, the abiraterone arm by itself was around 12 months. And then the PROPEL study recently, the abiraterone arm was around 12 months. So we have an expectation of around 12 months.

We also have some prior chemotherapy patients which typically don't do as well. So it could be a little less than that. So we're looking at kind of 11 months to 12 months, somewhere in that range is what we would expect per single agent, conservatively. And then anything above that becomes something that we think we're helping to contribute to.

## Q - Joseph Catanzaro {BIO 19670756 <GO>}

Great. So maybe going back to the Phase 2.

## A - David R. Parkinson {BIO 3079993 <GO>}

Yeah.

## Q - Joseph Catanzaro {BIO 19670756 <GO>}

I'm wondering if you could speak to early experience enrolling the trial, sort of the site activation, how many additional sites you're bringing on board.

## A - David R. Parkinson {BIO 3079993 <GO>}

Sure.

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.
Printed on 07-11-2023 Page 7 of 10

## Q - Joseph Catanzaro {BIO 19670756 <GO>}

And then we could follow up with a couple more questions there.

## A - David R. Parkinson {BIO 3079993 <GO>}

Well, you know, in the Phase 1, you're limited. You can only treat so many patients per cohort. You have to follow them for safety, tolerability, et cetera. When we finished the dose escalation, when the Safety Review Board met and recommended going forward with the dose and schedule I just talked about, we had spent the last nine, 10 months preparing for this Phase 2. So it was triggered immediately by the Safety Review Board recommendation.

That -- what does that mean? Well, in addition to the five or so original sites who are going to contribute to the Phase 1B of this, we actually are in the process of adding approximately another 20 sites in the United States and Canada. By the end of this calendar year, we'll have additional sites in Australia. And while we were over at the ESMO meetings in October, we had an investigators meeting because we will be adding four countries, Belgium, Spain, France, and Italy, and investigators across those countries.

So we believe we have an adequately sized, basically clinical trial consortium for the efficient accrual. We haven't given any guidance on how long. I can tell you there's great investigator enthusiasm. Patients are being screened as we've -- even as we speak, and we'll give a guidance as soon as we feel more comfortable that we understand the rate that this consortium is putting patients onto the trial, probably first quarter -- end of first quarter, into second quarter, next year.

But we are doing everything possible that includes social media activities and to really advertise the trial because we think this is an important trial for men with prostate cancer.

## Q - Joseph Catanzaro {BIO 19670756 <GO>}

So maybe looking beyond enrollment completion in time to sort of top-line data thereafter, how should we think about that relative to what the primary endpoint of Phase 2 is? I think originally it was PSA50 at 12 weeks. I think you have plans to maybe change that to PSA90?

## A - David R. Parkinson {BIO 3079993 <GO>}

Correct. Right.

## A - Peter Virsik {BIO 19868146 <GO>}

Yeah, so that's exactly right. We plan to change that enrollment just because that criteria for the primary endpoint makes more sense. It's just that's really what we're trying to power for. It was always a secondary endpoint. It was, which one do we pick. And so I think we'll pick the 90 because that's the most relevant at 90 days or 12 weeks.

Our partners have looked at that and really a key thing for them as well. So that really only takes about a little bit more than 12 weeks, but about 12 weeks to be able to see that in patients. And so our hope is, once we can provide guidance, when we finish enrolling this study, that a few months after that we should have our top-line data internally and then we'll report it as soon as we can. And we'll also provide some guidance as to when we can report that we have better assessment of enrollment.

## Q - Joseph Catanzaro {BIO 19670756 <GO>}

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.
Printed on 07-11-2023 Page 9 of 11

Yeah. And then I guess in terms of absolute difference there, I'm guessing if you replicate what you've seen in Phase 1B and Enza behaves as we think it should, that's obviously a great outcome. I guess, what's like the minimum magnitude of benefit that I think would still offer a path forward and translate to PFS ultimately?

## A - Peter Virsik  {BIO 19868146 <GO>}

David, I'll let you answer this.

## A - David R. Parkinson  {BIO 3079993 <GO>}

We haven't given any guidance on that. And I think beauty is in the eye of the beholder, to be honest. But from my perspective, speaking as a clinical oncologist, my background, it would be a compilation of not only a meaningful delta in the number of patients achieving a PSA90, but a meaningful duration for that. Because ultimately, when all is said and done, we're not trying to reach a goal at 90 days. We're trying to preserve a good quality of life for a longer period of time in these men.

We believe everything we've done preclinically, on top of the history of what you can achieve with better androgen suppression, is all consistent with that. So I don't want to give you a number because I suspect it would be different in different hands. But it'll have to be something that will be meaningful to the patient themselves.

## Q - Joseph Catanzaro  {BIO 19670756 <GO>}

Yes, maybe in these last couple of minutes, we could talk about other efforts to combine with other glutamides and where those efforts stand and I guess what's like the next potential data point we could get from those trials.

## A - David R. Parkinson  {BIO 3079993 <GO>}

Good question. Peter, do you want to take that?

## A - Peter Virsik  {BIO 19868146 <GO>}

Yes. So we're just beginning studies now with other antiandrogens. The two that we're working on are with the J&J supplied drug, so abiraterone and apalutamide. And with abiraterone we're doing two groups of patients. One patient will be the same as we're doing with Enzo metastatic CRPC, those second generation antiandrogen, but may have had prior chemotherapy.

But the real more exciting one for us is the metastatic castrate sensitive population that we'll be getting into because that's where we -- metastatic castrate resistant is important for us. But ultimately, we want to move to the metastatic castrate sensitive population. So that is going to be beginning here very soon.

We also then have a non-metastatic CRPC study with apalutamide that's beginning also very soon. And so we'll have data that we'll be able to report on those because it's our study next year. We haven't committed to exactly when, but we'll start recording those data once they become available.

And then we have two investigator sponsored trials, one with darolutamide in the neoadjuvant setting that's beginning now. And then one that will begin probably early next year with enzalutamide in the metastatic castrate sensitive population, looking at depth of PSA declines and whatnot. So very relevant data for where we want to go.

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.
Printed on 05-11-2023 Page 9 of 10

## Q - Joseph Catanzaro  {BIO 19670756 <GO>}

Yeah, I want to -- I know we're out of time. I want to squeeze in one question. I know you're not giving guidance at this point on the Phase 2 and timelines there, but of course, how should we think about potential timelines there, relative cash to cash and the run rate you guys have?

## A - David S. Wood  {BIO 17188445 <GO>}

Yeah. So we reported $152 million cash at June 30th. So that's a runway through the end of 2025. So solid balance then. And that covers off the period when we'll be reporting out on the Phase 2 data as well as the other studies. So good cash through.

## A - David R. Parkinson  {BIO 3079993 <GO>}

Everything we need.

## A - David S. Wood  {BIO 17188445 <GO>}

Everything we need to do.

## Q - Joseph Catanzaro  {BIO 19670756 <GO>}

Perfect. With that, we'll end there. Thank you, David, Peter, and David for your time. Thanks everybody for tuning in. Enjoy the rest of your day here. Take care.

## A - David R. Parkinson  {BIO 3079993 <GO>}

Thank you, Joe.

## A - Peter Virsik  {BIO 19868146 <GO>}

Thank you.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2025, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*