# EXHIBIT 15

# Bloom Burton & Co. Healthcare Investor Conference

## Company Participants

- David Parkinson, Chief Executive Officer
- David Wood, Chief Financial Officer
- Peter Virsik, Chief Operating Officer

## Other Participants

- Andrew Antidormi, Analyst, Bloom Burton & Co

## Presentation

### Andrew Antidormi  {BIO 21873404 <GO>}

Good morning, everyone. Our next presentation is by ESSA Pharma. The presentation will be given by David Parkinson, Chief Executive Officer; Peter Virsik, Chief Operating Officer; and David Wood, Chief Financial Officer. I will remind everyone, there will be at 5 minute Q&A at the end of the session. So please submit your questions using the text at the bottom of the screen as you think of them.

All questions, submitted by the audience will remain anonymous. Take it away David.

### David Parkinson  {BIO 3079993 <GO>}

Well, thank you very much, Andrew and thank you all for joining us. I'm David Parkinson, the CEO of ESSA and pleased to bring you an update with what we're about. So if we could go on to the first slide after the forward-looking statements, please Peter.

So what we'll be doing today is, updating for you, what we've been doing here at ESSA, we are focused as we have been entirely on a novel approach for the treatment of prostate cancer. A tumor, which is uniquely driven by male hormones. What we are talking about is that after 60 years or 6 decades of drug development, basically focusing on shutting down the androgen pathway. We are talking about a unique way of shutting down that pathway, which gets around the resistance mechanisms that emerge inevitably in all men receiving anti-androgens. This work began almost two decades ago with the work with Marianne Sadar and Raymond Anderson at the University of British Columbia and the British Columbia Cancer Agency. And what we'll be talking about here today predominantly is a second generation molecule that inhibits the end terminal domain of the androgen receptor, it's EPI-7386. Next slide please, Peter.

So, I'm here today with Peter, who is our Chief Operating Officer; and David, who is our Chief Financial Officer. Not with us on the call today is Alessandra Cesano, our Chief Medical Officer. But as you can see from the previous job roles, we are very experienced group who've been through both large and small molecule drug development as well as diagnostics of development. And we brought this experience and our contacts together in the development of this novel approach to prostate cancer. Next slide please.

So as I indicated, prostate cancer is uniquely driven by the androgen hormonal access and it remains though unsatisfied medical need and still are dying of prostate cancer. And although with the introduction of the latest generation of anti-androgens over the last decade, treatment has

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.
Printed on Jan 23 2025

Bloomberg

improved. These are good drugs, men receive them with a very good quality of life and extended a lifespan. However, as I mentioned, all men become resistant to them and even in the state of resistance, the majority of men still have that halfway on and it is contributing in some significant manner to the growth of their tumor. So a novel approach would be very welcome in this setting.

On this slide, I can summarize basically what's novel about? What we're doing? This is a portrayal of the androgen receptor normally sits in the cytoplasm. The right side of the receptor is the focus of action of anti-androgens which either following to class that decreases the level of circulating anti -- circulating androgens or the other major class darolutamide are those drugs which block androgen's binding to the right side, the ligand by the demand of the receptor.

What's novel about? What Essa is doing is that, we work at the other end of the receptor, the end terminal domain. Shut down androgen driven transcription in a novel way. So on this slide, you see in the upper left hand corner, the last 60 years of drug development and on the right side, the list of resistance mechanisms either at the DNA level or the RNA level to those anti-androgens. And you will see words like AR-V7/variance, there are well known mechanisms of resistance. They all revolve around the right side, the ligand binding domain of this receptor as per trade here in this cartoon. Whereas inhibition of the N-terminal domain bypasses those mechanisms of resistance.

And as we have recently shown in the poster at AACR, our drug binding and go to the next slide, please Peter. Our drug binding to that N-terminal domain and we believe it was shown formally for the first-generation drug or we believe that our drug bind specifically to an area called transcription activating unit of 5, in the intermodal domain, causing a confirmational change, interfering with complex formation and thereby shutting down androgen driven transcription in a completely novel mechanism, which as I indicated bypasses mechanisms of resistance.

Next slide please. Now the history of treatment of prostate cancer in an individual patient is usually the diagnosis of localized disease treated with surgery or radiation therapy followed by what is known as androgen deprivation therapy, one or another approach to shutting down the levels of circulating androgen historically that was with drugs like LH, RH, agonist or anti-agonist, which react -- which were centrally through the hypothalamus.

In recent years, it's been shown that addition of this latest generation of anti-androgens that I referred to the lutamides. Either enzalutamide or apalutamide or darolutamide, the three major approved lutamides globally. That using them in combination with androgen deprivation therapy, earlier after initial local therapy translates quite dramatically to improved progression free survival and overall survival. Nevertheless, all in as I indicated, eventually will become resistant to these drugs and therefore in the lower right-hand corner of this slide, is where we as a novel hormonal therapy have needed to start it with our early development of 7386. Next slide.

So this is just a cartoon about the history of the company. The early work from Vancouver, the formation of the company some several years ago. The introduction of a first generation compound in 2019 -- 2015 and that first generation compound was on point, it was safe, it was well tolerated. But it was not a good pharmaceutical agent, it had a several limitations, difficult to manufacture, difficult to formulate, difficult to take, because we had to give so many softgel capsules. We identified the limitations of this first generation agent in a Phase 1 clinical trial. Took the lessons from that and use them as a basis for developing a target product profile for our next generation drug and spent a year and a half doing so, overcoming the liabilities of that first drug.

Those liabilities are listed on the next slide. And at this point, I'll turn it over to my colleague, Peter Virsik, who will describe briefly to you 7386 and why we believe it overcomes the limitations of

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.
Printed on

Bloomberg

the first generation drug and then I'll get back and talk about the status of our clinical development of that drug.

Peter, please?

## Peter Virsik  {BIO 19868146 <GO>}

Thanks, David. So as mentioned with the ESSA spend a year and a half working on the next generation molecule to identify a good clinical candidate and from all of that work, the creation of over 350 molecules, 7386 was selected as that clinical candidate. And the reasons are listed here on this Slide 10. From a in vitro potency standpoint, 7386 is 20 times more potent than that original clinical candidate and now has a similar potency to the leading second generation anti-androgens. From a mouse xenograft activity perspective, 7386 works in both models where enzalutamide works, as well as those models were no longer works and are driven by splice variance.

From add me perspective, so a drug metabolism perspective, 7386 shows very long half-life in animals. It is predicted to show a very good half-life in patients which we've initially corroborated in our clinical study. From a selectivity standpoint, 7386 is very specific, very much on target, ensures very minimal off target binding. So it seems to be quite selective and specific to the androgen receptor and terminal domain. Very importantly for the development of the drug, in combination with other anti-androgens, is it's drug-drug interaction profile.

We designed it from the beginning to be able to be a good partner with many of these drugs and we believe based upon the in vitro profile that it should be combinable with these drugs to minimize any drug-drug interactions. And importantly, it also does not have an overlapping toxicity profile with those existing anti-androgens, again allowing hopefully good combinability.

And then last from a CMC standpoint or drug processing standpoint, the drug is a simple to make molecule has a high melting point, crystalline solid, it's allowed us already to make drug tablets in our clinical studies.

Moving on. So from a predictability standpoint, we've done quite a bit of work in vitro as well as in vivo looking at the exposures we'd like to achieve in patients. We've used xenograft models to help guide the exposure of drug, we'd like to achieve in patients. On this slide 11 here, we show our predictions regarding our initial drug exposures in patients given a particular dose.

You can see highlighted on the right 200 milligram starting dose in our clinical study is projected to provide in overall area under the curve exposure AUC as we call it, in patients of 7386 of roughly 137,000 for the day. If we look at what that translated to with respect to activity in xenografts on the left, you can see the 137,000 would be in a range in xenografts that was biologically active but perhaps not the highest exposure and certainly not our highest target exposure. And we are targeting in patients, an exposure of over 300,000 because that is the exposure where we saw good consistent activity across all of our xenograft models. So our starting dose is predicted to give us a exposure that could be in a biologically relevant range.

David, I'll turn it back over to you to go through some of the clinical data.

## David Wood  {BIO 17188445 <GO>}

Thank you, Peter. Well, as Peter indicated the toxicology permitted a starting dose that we felt was quite relevant to patient treatment. And in fact at the ASCO GU meeting in February, we presented the data on the first cohort. Now the clinic -- the classic design is a 3 plus 3 design in the Phase 1 clinical trial and entered into the trial are men. Often with a very long history of

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

Case 1:25-cv-00124-WCG    Filed 10/10/25    Page 4 of 9    Document 29-15

Bloomberg

prostate cancer, but needed to have had at least 2 lines of therapy. One of them being the late generation anti-androgen, show evidence of tumor progression with a steadily rising PSA. PSA rises tell you that the pathway is on, PSA is the protein product of a gene called KLK3 which is an androgen driven gene.

So it's a good marker for the pathway being on, it does not tell you how much of the patient's tumor is still driven by androgen, but it's a good marker to follow drug effect. The first cohort as Peter indicated was the 200-milligram level. The prediction was that, we would achieve an exposure of around 140,000 indeed. The day 28, exposures as measured, showed the modeling to be absolutely on target. And we showed that drug was accumulated that the half life was at least 24 hours, probably a little longer than that. And the exposure as predicted was exactly where we wanted it to be based on our modeling. And that told us that doses above 600 milligrams per day, if the modeling continued to be correct. Would give us exposures above that 300,000 you see that Peter referred too.

Importantly, we also showed that at least at the initial 200-milligram dose, we have no signs, of an induction of an important enzyme system, this one being CYP3A. Important because, as we talk about our goal with the drug is not just to develop it as a single agent in late-stage patients who are progressing, because they become resistant to current anti-androgens.

But actually to combine it with those same anti-androgens, in earlier lines of therapy where the biology is simpler, were men are still sensitive to those anti-androgens. And we -- where we in a series of preclinical studies over the last couple of years have showed that the combination of N-terminal domain in addition with classic anti-androgen ligand being domains -- domain inhibition, gives you a deeper and a more broad biological suppression of androgen related biology. We also recently mentioned in a -- at the AACR meeting that we are currently dosing patients at the 800-milligram cohort. So that let you know that we've progressed with good safety and tolerability through the 400 and the 600 milligram cohorts. Next slide please, Peter.

In reporting on the 200 milligram cohort, first I'll direct you to the lower right-hand part of the Slide. Four patients were treated in the cohort, one man progressed before completing the 4 weeks with the brain metastasis and in retrospect had neuroendocrine de-differentiation of his tumor. That's a phenomenon that was also seen in second patient in this cohort. It does occur in late-stage patients and it makes the prostate cancer tumor no longer response, those are tumors that are driven by different biology, they are not driven by the androgen access.

But you can see that the 200-milligram cohort showed the drug to be well tolerated. The only side effects you see there are Grade 1 or Grade 2 and for example the Grade 2 neutropenia was in a man who had previously received 2 separate courses of 2 different taxanes. And entered the trial with Grade1 neutropenia. So no significant drug related toxicities, the hot flashes are actually on target and considered to be evidence of anti-androgen activity. These were men who are heavily, heavily pre-treated with 2 to 7 prior lines of therapy. And as you can see, three of the men did progress two of them with the neuroendocrine de-differentiation, but I will direct your attention on the next slide to one particular patient who is very, very instructive.

The data that we presented at the ASCO GU meeting in February was predominantly focused on the pharmacokinetics of the drug, the characteristics of the drug. The performance characteristics of the drug that we had tried to build into this re-engineered second generation of N-terminal inhibitor.

However, the experience in this one patient, we believe it was some important to include, because it was powerful evidence for achievement of proof of concept. This is a man, his natural

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

Case 1:25-cv-00124-WCG    Filed 10/10/25    Page 5 of 9    Document 29-15

**Bloomberg**

history is shown on the left in two different manners of expansion of the course of his disease. You can see that after initial surgical therapy, he was treated with a several courses, including androgen deprivation therapy with Casodex and then treated with enzalutamide and with abiraterone.

So 2 of the 4 new generation anti-androgens he progressed through abiraterone was taken off that drug washed out. And with certainly rising PSAs was started on EPI-7386 and by the 12 week after starting EPI-7386 began to show a PSA decline, which on this graph as portrayed in the February. The meeting continued to decline, we have stated publicly that this decline has continued. This is a man, we've moved from 200 to 400 milligrams and we have continued on drug. He is now I believe in its 10th a months of therapy. So this is a man who is clearly benefited from this disease is tolerated the drug extremely well. But the importance of showing this initial clinical then he had is related to the mechanism of action of our drug. Next slide please.

So at this point, let's leave the single agent therapy, will be showing a much more complete clinical picture complete with both clinical observations, but also pharmacology and biology at the fall meetings either ESMO or the -- what we call the triple meeting the NCI-EORTC-AACR meeting.

But so the single-agent development goes on, it goes on in men who become resistant to current anti-androgen and that is one strategy for the registration directed development of 7386. However, equally or more important is the results of our findings pre-clinically with the combination of 7386 with anti-androgens and the opportunity to treat earlier generations of men with this combination.

Peter. I'll let you describe the pre-clinical rationale for doing so.

## Peter Virsik {BIO 19868146 <GO>}

Thanks, David. So without going into the specifics, what we'll just highlight on the left hand side of this slide are series of different in vitro and then in vivo models and studies. Looking at the potential combination of 7386 with a variety of different Lutamides, Enzalutamide, Apalutamide and Darolutamide current second generation anti-androgen drugs. And what we had show in these and other studies, as David indicated before, a benefit of the combination of both agents together showing on a gene transcriptional as well as even a xenograft perspective deeper, broader addition of the androgen receptor.

Our hope is that this would then translate as well in patients in earlier lines of therapy to provide a better benefit to them. And this hypothesis will be studied in upcoming clinical studies with collaborators. We signed 2 collaborations, clinical collaborations with partners in the last several months. One of them is with J&J or Janssen. We will be studying the combination of 7386 with the leader in a Phase 1/2 study. In parallel, also they will be studying 7386 with Zytiga, also in a Phase 1/2 study. They will be conducting that study, we will be providing study drug to them. And we'll be looking to initiate that in the second half of this year.

Our additional collaboration is With Astellas/Pfizer. We will be conducting a Phase 1/2 study with 7386 in combination with expanding enzalutamide and we anticipate beginning that study in the third quarter of this year. And so these will be the first combination studies done in a clinical fashion to really test this hypothesis and really start to estimate and understand better the benefit, potential benefit in patients of combining 7386 with a variety of different anti-androgen therapies. David?

## David Parkinson {BIO 3079993 <GO>}

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.
Printed on

Bloomberg

Well, thank you, Peter. If you go on the next slide, please. So this slide just makes the size of the opportunity apparent. You can see in the light blue, the second from the right that the earlier lines of therapy are very common and the opportunities combination therapy and earlier lines of therapy is actually very, very significant. Even the single agent therapy in third-line or so metastatic, the CRPC as you can see on the left is quite significant. So the single agent opportunity is one that we continue to pursue as job one for the company. However, the combination therapy as you can see has opportunity to be used in combination with one or more of those late generation anti-androgens is very, very significant. Next slide please, Peter.

Well, I'd like to do is ask David Wood, our Chief Financial Officer to talk about the state of finances of the company. Please, David.

## David Wood  {BIO 17188445 <GO>}

Thanks, David. Our raise of $150 million earlier this year has given us very strong balance sheet to move forward. We have over 200 million in cash on hand and no debt, so we're in a good position to act on our program. The current runway gets us to cover off on the dose escalation and expansion study, as well as the combination studies that David and Peter were outlining. We also have a brand Phase 2 pivotal study and we can begin preparatory work on the Phase 3 confirmatory study and in particular, the advance work we want to do on CMC related to that study. So we have a very solid cash runway to act on the program as well as to do some work on back compounds and that we've spoken about in the past.

So with that I'll pass back to Andrew for some questions.

## Questions And Answers

## Q - Andrew Antidormi  {BIO 21873404 <GO>}

Thank you David. So yes, we have first question here is, if realistic to establish out optimal dose and start combo studies by the end of 2021?

## A - David Parkinson  {BIO 3079993 <GO>}

I'll answer that. And the answer is yes. In fact, we aim to start some of the studies in the third quarter, but certainly we would expect to have all of these collaboration studies that Peter referred to active by the end of this year, by the certainly by the end of the second half of this year. And we have -- I think we're well positioned, we've been working very actively with these collaboration partners to achieve that goal and I think we're on track to do so.

## Q - Andrew Antidormi  {BIO 21873404 <GO>}

Great. Next question, what line of therapy will it be exploring in the Astellas/Pfizer study and what will Janssen be exploring in their Phase 1/2 study?

## A - David Parkinson  {BIO 3079993 <GO>}

Peter, do you want to comment on what's been said publicly about the Janssen Studies?

## A - Peter Virsik  {BIO 19868146 <GO>}

Yeah, we really haven't disclosed exactly the patient populations that we will be pursuing, except to say that they will be earlier lines of therapy of metastatic CRPC patients. And earlier being defined as earlier than third, so early that there would be first or second, right. So that's all we've disclosed at this point. We will provide further updates on that as the studies initiate.

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

Printed on

Bloomberg

## Q - Andrew Antidormi  {BIO 21873404 <GO>}

Okay, great. Another question here is, how are you thinking about potential clinical benefits of combination therapy in early lines of therapy for mCRPC compared with clinical benefit seen with sequential treatment in anti-androgens?

## A - David Parkinson  {BIO 3079993 <GO>}

Okay. Well, that's a great question. Listen, if you look overall at the history of the treatment of prostate cancer. You will see that there have been 60 years of incrementally improved ways of shutting down the pathway. And every time that either a new drug class or a newer generation member of that class was introduced and shown to suppress androgen biology more deeply, every single time that translated into clinical benefit. That 60 years of experience.

And what we have shown pre-clinically is that the combination of terminal domain inhibition and anti-androgen, in addition at the other end of the receptor. Does shutdown quantitatively, androgen biology more deeply. But it also captures -- we've shown through RNA studies or transcriptome studies, a broader gene set of changes, which in animal models translates to greater benefit.

So the kind of an answer to the question, the kind of improved therapy results that one would see in combination trials, started in earlier line patients combinations of anti-androgens and N-terminal domain inhibition, should translate to longer progression-free survival and ultimately to overall survival. I think the history is quite clear, it's a parallel history to what's going on in breast cancer, where it's clearly been shown over the last 3 decades that the deeper the suppression of estrogen, the better that clinical results.

The earlier line patients have simpler biology, there are less likely develop resistance and they're much less likely develop resistance when you shut down the receptor with two separate mechanisms of action and hopefully would delay or prevent the emergence of resistance.

## Q - Andrew Antidormi  {BIO 21873404 <GO>}

Thank you, David. Very quickly, we have 30 seconds up. So very last question here is, when do you expect the full Phase 1 data in the monotherapy?

## A - David Parkinson  {BIO 3079993 <GO>}

Yeah, that will be a much more complete description in either September or October, either at the ESMO meetings or the triple meetings. That won't be the final story. It takes a long time due to these Phase 1 Prostate Cancer Studies, tumors take a long time to respond. It's just the natural history, the lifecycle of these tumors, but we will have a much more complete story of pharmacology, biology and clinical effects, either on the efficacy or the tolerability side by the fall and then that will continue into next year, of course, as we continue to follow those patients.

## Q - Andrew Antidormi  {BIO 21873404 <GO>}

Excellent, well. Thank you, David, David and Peter. The presentation is now over. I will remind the audience that a replay will be available for 24 hours after the conference. That can be accessed on the main page of the agenda. The next presentation is in Track one is Zymeworks. To access the next presentation, you'll need to go back to the homepage and I want to thank everybody again. Have a great day.

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

Printed on

Bloomberg

## A - David Parkinson  {BIO 3079993 <GO>}

Thank you all.

## A - Peter Virsik  {BIO 19868146 <GO>}

Thank you.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2025, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*

Case 1:25-cv-00124-WCG    Filed 10/10/25    Page 9 of 9    Document 29-15