# EXHIBIT 16

# Oppenheimer 33 Annual Healthcare Conference

## Company Participants

- David R. Parkinson, President, Chief Executive Officer & Director
- Peter Virsik, Chief Operating Officer, Executive Vice President

## Other Participants

- Mark Breidenbach, Analyst, Oppenheimer & Co. Inc.

## Presentation

### Mark Breidenbach  {BIO 20135146 <GO>}

Okay. Hi, everyone. Thanks again for joining us on Day 3 of Oppenheimer's 33rd Annual Healthcare Conference. My name is Mark Breidenbach. I'm one of the research analysts here at Oppenheimer. The next presenting company is ESSA Pharma, which is developing novel androgen receptor targeting therapeutics for prostate cancer. And joining us this morning, we have the company's CEO, David Parkinson; and COO, Peter Virsik. They're going to be walking us through the story. We'll try and save a few minutes at the end for Q&A. So I would encourage anyone in the audience who has a question to submit it through the website, and I'll be happy to relay your questions to management.

So with that said, let's dive right into the presentation. David, the mic is yours.

### David R. Parkinson  {BIO 3079993 <GO>}

Thank you very much, Mark, and thanks for the opportunity to speak at your meeting. Peter and I will describe ESSA today. Here are the forward looking statements. And Peter, if you could go on to the next slide, please.

So what I'd like to do today is give you an update on where ESSA is with respect to its novel androgen inhibition therapeutic strategy. And what I'll do is talk a little bit about the company, but give you the background from our single agent studies, which have taught us a lot both about the characteristics of the molecule that we are studying, EPI-7386, but also the opportunities to use this molecule in the various stages of prostate cancer. We try to bring that out over the next few minutes.

So just to give you a context of use here, if you could go on to the next Slide, please, Peter.

First of all, the people involved here are all very experienced. Peter and I have been in the industry for a long time, been associated with a lot of development across the fields of oncology and, in Peter's case, infectious disease as well. We are privileged actually to have colleagues like David Wood, Chief Financial Officer, also very experienced biotech person; and Alessandra Cesano, who is our Chief Medical Officer, a very experienced drug developer, and diagnostics developer, which in today's oncology world is a real advantage for us. Next slide, please, Peter.

So context of use, prostate cancer, very common, still not a huge unmet medical need. The fact that this is a huge public health problem and the fact that there is an unmet medical need translates into a very large pharmaceutical market with more than $8 billion a year in sales. There

© COPYRIGHT 2024 BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.
Printed on 09-11-2025 Page 1 of 8

are four major, what I would term, latest generation anti-androgens, you see listed here on this slide. They're excellent drugs. They've really brought significant benefit to men with prostate cancer. On the other hand, all men become resistant to these drugs over time.

And prostate cancer is uniquely associated with the biology of the androgen receptor. In its early years, this axis, this biological axis is the major driver of the tumor. And in later years, things get more complicated biologically, but AR seems to still play a role. As I mentioned, all men become resistant. Many of the resistance mechanisms are defined. And you will see that the reason we are conducting our drug development with a unique approach to inhibiting androgen development is because we believe we can both bypass the mechanisms of resistance associated with these latest generation anti-androgens, but also, as we'll talk about in more detail, in combination with those same anti-androgens in earlier lines of prostate cancer that we believe we can potentially get significant clinical additional benefit for these men. Next slide, please, Peter.

What we've done on this slide is basically outline the clinical stages at the top of this slide here of prostate cancer, as defined by whether the disease is localized or the different stages of systemic disease as defined by the historical lines of therapy being used for the disease. Now, underlying those approaches are the evolution of the biology of the disease as it has been emerged with new diagnostic technologies, but also under the pressure of the different therapeutic agents, which have been introduced into this disease over the years.

And one thing that becomes very clear is that while in the early stages of prostate cancer, AR is the dominant biology, and the first changes at the genomic level associated with resistance to anti-androgens include amplification at the DNA level or mutation at the DNA level of the androgen receptor. In fact, over time and over years of therapy for these men with prostate cancer, who, as you know, can live for quite a long period of time, additional structural changes in other genes, other oncogenic drivers emerge. And so that by the time one gets years into the disease, the disease becomes increasingly AR-independent with the transition phase in the middle. This is very important in terms of strategies for drug development, as we'll see, and as we and other companies with AR-associated mechanisms have basically defined by these probes, by these AR-targeted probes into different stages of the disease. Next slide, please.

Now why are we doing what we are doing? You'll see that what we are doing is approaching the androgen receptor at the other end of the receptor from where 60 -- six or seven decades at this point of anti-hormonal drug development of focus. This cartoon in the lower right-hand corner shows the androgen receptor. Normally, it sits in the cytoplasm as depicted in this cartoon. The right-hand side of the receptor is the ligand binding domain dihydrotestosterone enters the cell, binds to this ligand binding domain, activation of the receptor occurs. Complex formation occurs with the activated receptor, which is translocated to the nucleus, binds to androgen receptor elements, and drives male hormone biology. Now, the specific binding to genomic DNA is through the central part of the receptor that DNA binding domain as evidenced here.

None of this activation and binding occurs without the influence of the N terminal domain. And what we are talking about is SS development of a series of drugs comes out of the work of two scientists, a biologist and a chemist at the University of British Columbia in the early 2000s. And this line of drugs is called Anitens to be distinct from the anti-androgen blockers, which end in Glutamine. So our antigens bind to an area in the N-terminal domain called Tau5 transcription activating Unit 5 in a unique manner interfere with complex formation. That mechanism has actually become more clear over recent years with the understanding that the formation of molecular condensates, these non-membranous organelles in prostate cancer cells requires the influence of the N-terminal domain, and drugs very similar to EPI-7386, our drug actually interfere

© COPYRIGHT 2024 BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.
Printed on 09-01-2025 Page 2 of 8

with that formation and thereby interfere with androgen-driven biology. And in a way that's completely independent from the action of the other anti-androgens, which opens up the opportunity either to treat prostate cancer cells resistant classically to the anti-androgens, or as we believe is even a more important application is in combination with those same anti-androgens, the treatment of earlier Lyme patients for deeper, faster and hopefully longer control of the disease. Next slide.

Let's go again to this slide that I showed earlier. And when you are initiating treatment with a novel mechanism of action in oncology, of course, you must start in late-stage patients, who have run out of approved approaches to the treatment of their disease. Hence, on this schema, which I described earlier, in the lower right-hand corner is where we needed to start with EPI-7386, our latest generation Aniten. Next slide.

So we conducted over a period of almost two years, a Phase 1 clinical trial of escalating doses. And basically what we did was show that this drug, which we had created on the basis of a first-generation drug to have improved pharmaceutical characteristics. This drug, which we can easily synthesize, which we can easily formulate, which we can make into tablets, which are conveniently taken orally either once or twice a day, which we, as I'll show you, has a long half-life. And in toxicology and pre-clinical assessment, was both effective in models resistant to anti-androgens, but also was safe and well tolerated in these animal studies.

We also designed the drug to have favorable drug-drug interaction characteristics. This is a drug that would be given chronically in early prostate cancer to men, who have many comorbidities, who are on many other drugs. And in addition, our goal was to combine ultimately our drug with one or another of the current four anti-androgens. So we designed such a drug EPI-7386. We conducted the phase one clinical trial. We were able to show that single doses from 200 to 1000 milligrams given once a day were safe and well tolerated. We also showed that we could give 400 or 600 milligrams twice a day to a higher total cumulative dose. Again, safe and well tolerated. Next slide, please.

Now, there were learnings along the way, which were that, first of all, we always knew that treating late-stage patients with a lot of comorbidities was a challenge. Despite that, very clear that the toxicology accurately predicted the fact that this drug, very specific binding, was very safe, very well tolerated, really the only meaningful side effects that we saw were the kind of side effects that you actually can see with anti-androgens, that is the hot flushes, some fatigue, occasional nausea and mild diarrhea, which responded to dose reduction in one or two patients. In any cases, virtually all of these side effects were only Grade 1 or Grade 2. This is a drug that is well tolerated, which is something you would need for treatment and good quality of life in early-stage prostate cancer patients.

On the next slide, what we have is a demonstration. I won't go through this in great detail, but showing that we can achieve either with 600 milligrams once a day or twice a day or 800 milligrams once a day, reproducibly exposures at EPI-7386, which are above the levels that we expected would be necessary to achieve because those were levels that were associated with efficacy across the range of animal models, even anti-androgen refractory or resistant models. And so, at doses which were extremely well tolerated, men could achieve adequate exposure of our drug as a single agent. Next slide.

And I'll summarize the clinical effects in this really late-stage group of patients. And there's a lot more detail on these patients associated with various posters and presentations, which we have made available on our website. So I encourage you, if you would like more detail, to go there if there's just time for it today. But our experience across the range of these patients, many of

© COPYRIGHT 2024 BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.
Printed on 09-11-2025 Page 3 of 8

whom were previously treated with chemotherapy, all of whom had been through often multiple layers or levels of anti-androgen therapeutics. We did see some effects on PSA reduction. We saw one very dramatic response, which lasted, and the man stayed on study for 18 months with a very good quality of life, even having progressed on, I think, three previous anti-androgens. We did see changes in PSA. We definitely saw reproducibly in the men with changes in PSA, increase in the doubling time of their tumors. These are all evidence for a clinical effect, but they weren't deep, they weren't long, and with the exception of that one particular individual, even though we did see tumor reductions, we didn't see dramatic clinical activity. So was that due to drug or was that due to the biology of late-stage prostate cancer?

Well, it's hard to sort all of these out, but I think at this phase, it's pretty clear. It's due to the biology of late-stage prostate cancer. And I say that on the basis of the experience of other companies with anti-AR mechanisms, who basically found the same thing, that after you progress on late-stage anti-androgens, there's a lot more biology going on with respect to driving of the tumor than just the AR axis. We were able to demonstrate that quite dramatically by the use of software from AIQ, which allowed us to follow every single metastatic lesion in patients that would sometimes involve literally 100 metastatic lesions. And when we applied EPI-7386 to these patients, even though the overall PSA may be increasing in these patients, we would see lesions disappearing, we would see other lesions staying stable, and we saw new lesions appearing in some of these patients.

So complicated end-stage biological setting. We believe that the more appropriate clinical setting for the use of our mechanism of action would be in combination in earlier Lyme patients. But to get to those patients, we first had to show that the drug was safe, was well tolerated and was an appropriate drug for early-stage prostate cancer. We have done all those things in the Phase 1 monotherapy trial. Next slide, please, Peter.

And here's another example of the antitumor effect we've seen. Circulating tumor DNA liquid biopsy, if you will, is a wonderful way that seems to be emerging to show clinical activity in late-stage cancer patients, where the comments that I've made about the complexity of biology and plus/minus relevance to very targeted biological agents, not just in the prostate cancer setting, but across solid tumor work is really a challenge to clinical investigators. But it looks like quantitative measurement of circulating tumor DNA is actually a very important approach to all of this. And we did see significant changes in circulating tumor DNA. All a reason to go forward into later-stage development, but in earlier patients. Next slide, please.

So that's what we've done. We've shown the drug is safe and well tolerated with single-agent therapy. We've shown it has the good pharmacological characteristics we developed. We have seen evidence for antitumor activity, and we have seen, based on pre-clinical studies, which Peter will shortly describe, that this is a drug that would be appropriate to take into combination therapy with current anti-androgens. Next slide, please.

So, currently we are still treating a group of patients with single-agent therapy. We are studying these patients in great detail from the biological and pharmacological perspective to determine whether there is a group of patients who, after having been on late-stage anti-androgens, still are predominantly AR-driven. If they are, then there's an opportunity for single-agent development. If there isn't such a population, our focus has already -- and our priorities have already moved, as you will see, to combination therapy development. Next slide.

So with that, I'm going to turn it over to my colleague Peter Virsik, who will describe both the rationale and where we are with the combination therapy development between EPI-7386 and the latest generation anti-androgens. Peter?

© COPYRIGHT 2024, BLOOMBERG L.P. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.
Printed on 02-11-2025 Page 4 of 8

## Peter Virsik  {BIO 19868146 <GO>}

Thank you, David. So, as we just talked about, the monotherapy study of EPI-7386 is starting in the late-stage patient population where AR is less of the driver of the tumors. By contrast, the combination studies are beginning in patients earlier in their lines of therapy, where AR biology is already been shown to be a key driver of the tumors. And why are we interested in combining our drug with one of the second-generation anti-androgens? And as David mentioned, we've actually accumulated quite a bit of preclinical data over the years showing a deeper, broader inhibition of AR biology when you combine an N-terminal domain with a ligand-binding domain inhibitor. We've seen that at a transcriptional level through RNA-seq studies. We've seen it at a AR binding to genomic DNA level through ChIP-seq studies, and we've seen it in our xenograft studies as well, where we combine our drug with Enzalutamide, and we see a more consistent, deeper inhibition of tumor biology.

So the question for us then is how to translate that into the clinic. And these data were looked at by others in the field, who know it quite well. And we developed a series of collaborations with them to actually study this question clinically. So we've established three clinical collaborations. The first of which is with Astellas and Pfizer regarding a combination study with Xtandi and Enzalutamide in EPI-7386. That's a study that we're running and Astellas is supplying us with study drug. And that's the study that we've reported on most recently at ASCO GU, that we'll a little bit in a few slides.

We also have a collaboration established with J&J or Janssen with their two anti-androgen drugs, Erleada or apalutamide, and Zytiga or abiraterone. And in that collaboration, J&J was initiating and began to run a study with our drug that we supplied. They ran into some enrollment challenges given the territories they were focused on, but they did manage to enroll three patients. And we've already reported that two of those three patients met the primary endpoint, which was a PSA 90 at 90 days. We're actually now in the process of flipping the collaboration around, and we will take over the conduct of the study with those two drugs from J&J being supplied to us. And we'll be doing this in earlier lines of patients.

And then the last clinical collaboration we established is with Bayer. They have a drug, NUBEQA or Darolutamide. And in this collaboration, Bayer was to run a combination study where we would supply the study drug. They've not yet begun that study. But we really like Darolutamide as a potential combination partner. So we've actually gone ahead and begun a investigator-sponsored or sponsoring an investigator-sponsored study to actually look at the combination of Darolutamide with EPI-7386 versus Darolutamide alone in an even earlier patient population, the neoadjuvant setting. This is a group of patients who are just beginning prostate cancer treatment through surgery and are high-risk. And we'll be starting that study actually quite soon.

So by the end of this year, we should be in a series of combination studies with EPI-7386. But what have we seen today? Well, let's talk a little bit about our combination study that we're running with Enzalutamide. So the study design is a Phase 1/2 study. It's in metastatic CRPC patients. These are patients who are naive to second-generation anti-androgens. They may or may not have had prior chemotherapy regimen. It has a Phase 1 component, where the doses are being adjusted, followed by a Phase 2 randomized head-to-head study. That'll be single-agent Enzalutamide versus a combination. The first two cohorts began with 120 milligrams of Enzalutamide. That's slightly lower than the standard dose of 160 milligrams of Enzalutamide because there was a hypothetical drug ring interaction. And I'll talk about that in a moment.

And in those two cohorts, we dosed 600 milligrams EPI-7386 and then 800 milligrams EPI-7386. I'm actually pleased to report today that our third cohort, which was dosed with 120 milligrams of

© COPYRIGHT 2024 BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.
Printed on 09-11-2025 Page 6 of 8

Enzalutamide and 600 milligrams BID of EPI-7386, has completed the DLT dosing period. And we're actually now in the fourth cohort, which will be dosing the full dose events Enzalutamide 160 milligrams along with the same 600 milligrams BID of EPI-7386.

So what have we seen to date? In the first two cohorts, we reported data most recently to ASCO GU. We've seen that the two drugs used together have been safe and well tolerated. There have been no DLTS, no Grade 3 drug-related AES, and the overall safety profile looks very similar to a second-generation anti-androgen. And that is quite consistent with the monotherapy experience with EPI-7386. It's a well-tolerated drug.

From a Pharmacokinetic standpoint, we've seen that we've had actually no real impact on the PK of Enzalutamide, and that's allowed us to be able to in the fourth cohort go to the full dose of 160 milligrams. On the flip side, we have seen a increase in the metabolism of EPI-7386 as we were anticipating in conjunction with Enzalutamide, but we've actually designed that into the study and we're increasing the dose and we're able to get to significant clinical exposures already with the current doses QD and the BID dose gets us again even higher dosing. So we've been able to address the higher metabolism induced by Enzalutamide.

With respect to the clinical responses or clinical data we've seen to date, the real question is, can we replicate the same preclinical, deeper, broader inhibition in these patients? And so far, from a PSA perspective, what we're seeing is, in fact, a deep response across most patients that appears to this point to be quite durable. We've seen five of six patients, who are valuable achieve a PSA 90. Four or six of those patients have achieved that PSA 90 within 90 days, and also four of six patients have achieved one of the highest thresholds of PSA decline in measurement, which is the absolute reduction to a level below 0.2 ng/mL, the limit of quantitation of PSA. And as I've already mentioned, the Cohort 3 DLT period is completed, and we've moved on to enrolling Cohort 4.

So while these data are early and limited, the question is, how do we compare these data? What do we look to for comparison of the Phase 1 data as we generate more of it? And thankfully on this front, there's quite a bit of historical data to be able to review and compare to in the approvals of Enzalutamide as well as other anti-androgens in similar patient populations. You can look at the expectations regarding PSA 90 at 90 days, PSA 90 overall, and even PSA achievement to less than 0.2. And by all these metrics so far, we're encouraged by the data that we're seeing. But why is it that we're focused on PSA? It's not a regulatory endpoint. However, it has a long history of showing a correlation between PSA responses that are deep and early in overall survival. And that's been seen in the approval studies, the Prevail study for Enzalutamide, in the metastatic CRPC patients, as well as a slightly earlier patient population of the non-metastatic CRPC patients, in the Prosper study. In both cases, what you can see is that those patients, who achieved a rapid deep decline of PSA ultimately had the best overall survival, which is obviously important to patients, physicians and regulatory agencies. And it's for this reason why we and our partners are focused on early deep PSA responses in our clinical study as an early measure of the combination activity together.

With that, I'm going to go ahead and turn it over back to David to talk us through milestones.

## David R. Parkinson  {BIO 3079993 <GO>}

Well, thank you, Peter. So basically, this is a year of execution for us. We believe this drug is now well-positioned in the appropriate patient populations. You will see from this slide, which outlines our clinical program. It also describes some of the preclinical studies, but we won't focus on that today. But you will see that either as continued studies to explore pharmacology and biology, and the relationship between those two, we are studying additional patients with monotherapy, but

© COPYRIGHT 2024 BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.
Printed on 09-11-2025 Page 6 of 8

the big emphasis is on combination studies with each and frankly with all of the potential combination partners in earlier Lyme patients, where we believe the biology is more appropriate. Next slide, please, Peter.

And here are some of the timelines, the deliverables that we expect to produce this year. We'll complete the Phase-I Expansion Study and make a decision this year as to really how much we continue to do with single agent therapy, at least in the context of late-stage prostate cancer. In addition, we will have a lot of data by mid- to third quarter on the combination trials. Certainly, we'll be reporting on those four cohorts that Peter just described. And then going on to the next slide, please, Peter.

I just want to assure everybody that we have lots of money to do the kind of work that we described. We're not affected by any of the SVB issues over the weekend. Never were. Very conservative in our investment portfolio and very diversified. We had reported $163 million on December 31. Our burn is enough that we expect to have enough money to do everything we've outlined and to take us through 2025 at this point.

At this point, I'll stop and Mark, turn it back to you.

## Mark Breidenbach {BIO 20135146 <GO>}

All right, thank you, David. Wonderful presentation. In the last two minutes, we've got maybe a minute and a half, is the timeframe you've outlined to initiate the randomized portion of the combination trial in the first half of this year, and give us a recommended Phase 2 dose? Is that really compatible with the -- given you have a whole other cohort to enroll, presumably before you decide on a recommended Phase 2 dose, how realistic is it that we'd actually be able to get that randomized Phase 2 portion up and going?

## David R. Parkinson {BIO 3079993 <GO>}

Oh, I think it's very realistic, Mark. We have been working on preparations for the randomized portion for the last year. We have 20 additional sites, which are sitting, waiting to start as soon as we have the cohort data. We've lined patients up in advance in anticipation of the completion of Cohort 3. And so we expect that -- you never know for sure, of course, and clinical research is challenging, we all know that these days, but we've done everything possible to. And we don't anticipate any challenges based on the fact, we see no issues with safety or tolerability.

We don't anticipate any complexities. But we'll await the clinical data, the pharmacological data, then we'll make a decision, but all the approvals are there. So we are basically poised to start the Phase 2 randomized portion as soon as we have demonstrated to our satisfaction and our investigator satisfaction what doses schedule we want to use and then away we go. So, yes, I feel quite comfortable about sticking with the guidelines we've delivered.

## Mark Breidenbach {BIO 20135146 <GO>}

Okay. And in terms of the next likely data presentation, I imagine that would be the full four cohorts from the combo trial, second half of this year. Is that a reasonable time frame?

## David R. Parkinson {BIO 3079993 <GO>}

That's what we've said, and we'll make it as early as we can. Once we finish the four patients, basically, what we have to do is just assemble the clinical safety data, get the pharmacology and the biology that's relevant. We wanted to present a complete package. So as soon as we have

© COPYRIGHT 2024 BLOOMBERG L.P. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

Case 1:25-cv-00124-WCG    Filed 10/10/25    Page 8 of 9    Document 29-16

Bloomberg

that, we will do that, whether it's in a peer-reviewed environment that would be ideal or separately, because it's material, we will do so.

## Mark Breidenbach  {BIO 20135146 <GO>}

Okay, perfect. Well, we -- with that, we're out of time. We look forward to next steps for EPI-7386, and thank you for the presentation. Thanks to everyone in the audience for listening in and enjoy the rest of the conference.

## David R. Parkinson  {BIO 3079993 <GO>}

Thank you, Mark. Appreciate the opportunity.

---

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2025, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*

© COPYRIGHT 2024 BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.
Printed on 09-11-2025 Page 9 of 9

**Bloomberg**