# EXHIBIT 17

REFINITIV STREETEVENTS

# EDITED TRANSCRIPT

## ESSA PHARMA INC AT BLOOM BURTON & CO HEALTHCARE INVESTOR CONFERENCE

EVENT DATE/TIME: April 25, 2023 / 6:00PM UTC



REFINITIV®

An LSEG Business

# CORPORATE PARTICIPANTS

- **David Parkinson** *ESSA Pharma Inc. - President, CEO & Director*

# CONFERENCE CALL PARTICIPANTS

- **Claudia Hui** *Bloom Burton & Co. - Moderator*
- **Unidentified Analyst**

# PRESENTATION

### Claudia Hui *Bloom Burton & Co. - Moderator*

Our second presentation in this room will be ESSA Pharma; presenting will be David Parkinson, President and CEO.

_____

### David Parkinson *ESSA Pharma Inc. - President, CEO & Director*

Thank you, Claudia, and thank you all for attending. I'm David Parkinson, CEO of ESSA. I'm here with my colleagues. Does it sound strange to you? No stranger than usual?

Okay. I'm David Parkinson. I'm here with Peter Virsik and David Wood, my colleagues, and we're here to tell you about what we're doing at ESSA, which is a unique way to shutting down male hormone or androgen signaling in prostate cancer. We're doing this because we think this is potentially an important next step in the treatment of early prostate cancer, and I'll go through all of that.

We look forward always. ESSA is a company which actually started in Vancouver on the basis of the work of two scientists, a biologist and a chemist, at the University of British Columbia and BCCA. We currently have operations in Vancouver, our financial work, and then operational in South San Francisco.

So as I indicated, our lead candidate is a small molecule focused on inhibition of the N-terminal domain of the androgen receptor; I'll explain that in more detail. We're developing this, as you always have to in oncology, in late-stage patients initially as a single agent, using that information to position the drug appropriately, either as in a subset of later-stage patients, more likely in the much broader group of early prostate cancer, which we know to be homogeneously driven by male hormone biology, by androgens.

We'll take you through some of the early data. We are a public company. We're on the Nasdaq, and you can buy us at a great price today. So you'll recognize Peter and David. Our Chief Medical Officer, Alessandra, is back actually working today. You'll be happy to know.

So first of all, a few words about the unmet medical need, the public health issue. We all know that prostate cancer is very common, serious number of deaths every year. The last decade has seen the introduction of the latest generation of anti-androgens, drugs that interfere with male hormone biology, but they represent the tail end of almost seven decades, 70 years, of incrementally better anti-androgens.

And I've just been told if I walk over here, I walk out of the camera, so I'm sorry. It's a very large market. There are four global anti-androgens from basically three pharmaceutical companies; four, if you count Astellas together with Pfizer. They represent a market of over than $8.5 billion. That actually is a representation of the huge public health issue that prostate cancer represents today. And that unmet medical need continues.

All men, given time, become resistant to anti-androgens. That resistance is focused on one end of the receptor called the C-terminal end because anti-androgens either inhibit the synthesis of androgens, like a drug called Zytiga from Janssen, or they block

REFINITIV STREETEVENTS | www.refinitiv.com | <u>Contact Us</u>

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**REFINITIV**®

androgens from binding to the C-primed end of the androgen receptor. And those drugs all end in lutamide.

Okay. And so there's an unmet medical need. We have a novel way of addressing inhibition of androgen biology, utilizing the other end of the receptor. And that's what we've been working on for the last few years. Now, prostate cancer is often diagnosed and treated locally. If you're at high risk or if you start to recur, you're often treated with androgen deprivation therapy. These are drugs that go back to the 70s, LHRH agonist or antagonist called androgen deprivation therapy. When PSA starts to rise again, it's a sign that the tumor is progressing, and at that point, men, traditionally, were treated with one or another of these four anti-androgens that I talked about.

Now, the history of the evolution of use of those drugs is that they've now been moved earlier, and there's a whole series of Phase 3 clinical trials, well done, very large, high powered, shows that if you move those latest generation anti-androgens earlier, combine it with ADT earlier, you get improved progression free and ultimately survival translation. The deeper you can suppress male hormone biology in the natural history of prostate cancer, the better the clinical result. That was seen with incrementally better anti-androgens over 60 years, and it was seen more recently when you moved the latest generation anti-androgens earlier in treatment.

Now, let's look at the natural history a little bit of -- all men, not all men, the majority of men, when they're first diagnosed with prostate cancer, have a tumor that is driven by male hormone biology. But over time, and presumably under the pressure of sequential anti-androgens, they become more resistant; other genomic changes occur. There's a lot of other biology.

We showed that in our Phase 1 clinical trial of our first generation agent and of the first Phase 1 trial of our second generation agent, the one we currently have in the clinic, that by the time you've had prostate cancer for a decade, by the time you've been through so many lines of therapy, yes, your androgen receptor pathway is still on, but there's a lot of other biology. It's much more complicated, but that's where you start and that's where we had to go with 7386, our drug.

But what you do with this drug is you show it's safe, you show it's well tolerated, and you show you can give it by oral tablet once or twice a day, and that allows you to move it into patient populations where the disease is more homogeneously driven by androgens, where the drug makes most sense.

So over time, AR dependence is lost as mutations occur, both at the DNA level and the RNA level that are responsible actually for that resistance that I talked about to anti-androgens. So 7386, which, again, is several generations down from the very first agent which came out of the laboratories in Vancouver, is a drug which binds to the androgen receptor at the other end.

This is where -- so the androgen receptor normally sits in the cytoplasm of a prostate cell. This is the ligand-binding domain. This is the central DNA-binding domain, and this is the so-called N-terminal domain. Nothing occurs in the biology of an activated androgen receptor without the performance of the N-terminal domain. So 60 years of therapy at this end, resistance at this end, the work of these two scientists in Vancouver inhibits this end.

And now, what we have is a pharmaceutical-grade agent, which can be used to inhibit androgen biology at this end of the receptor. And there's a wonderful whole group of new biology emerging that starts to explain just how our molecules, which we call anitens, work. And that's a whole field of inhibition of intrinsically disordered proteins, prevention of the formation of molecular condensates. No time to go into that today, but it is remarkable.

So as I indicated, when you start, you need to start with late-stage patients. We did that in a Phase 1 trial that gave our drug once a day, either in starting with 200 milligrams and then in 200 milligram increments up to 1,000 milligrams a day. And then we also went to twice-a-day dosing regimen. Why did we do that? We did that because as we were getting past 600 into 800, we started to see a tailing of the exposure from the same dose. And that's what you see with small molecules; they reach a limit of absorption. And the trick is to split the dose over the day. We did that; very successful in getting reproducibly high exposures.

What did we find? The drug is safe; it's well tolerated. The side effects we saw were consistent with anti-androgen effects, hot flushes, some biochemical changes consistent with anti-androgen effects. We had a good pharmaceutical agent, long half-life, really nice performance. We designed the drug to not go across the blood-brain barrier because we designed this drug to be able to be combined with enzalutamide, with Xtandi, or with the other anti-androgens. Their limitation is seizures. This drug was designed to be able to be combined with them without increasing that seizure risk. And we achieved all of that.

What did we find? Did we see any anti-tumor activity? We certainly did, but it wasn't huge. We had one very dramatic patient, which second cohort made us all think that this would be easy. But life and cancer biology and cancer drug development is not easy.

So what we also showed was that most patients were very complicated. We could give our drug to late-stage patients we could watch because we developed with another company a software that allows us to follow 100 lesions in the same patient over time. We could see lesions disappearing at the same time as new lesions were appearing, just showing you the complexity of late-stage

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

Case 1:25-cv-00124-WCG    Filed 10/10/25    Page 4 of 8    Document 29-17

REFINITIV

3

patients.

We did see PSA declines. We saw enough to convince us that this drug was safe, was well tolerated, and should be taken into a clinical situation where the biology made most sense. And that's what we've done.

So the next step is to go into earlier patients in combination, combined with the anti-androgens before these men become resistant to anti-androgens; and we're just to that end. We have set up collaborations with the big pharma companies responsible for all of those four global anti-androgens.

We have collaborations with Pfizer and Astellas. We have collaboration with Janssen. We have collaboration with Bayer. The study that's furthest along is the collaboration with Pfizer and Astellas because we're doing that ourselves. And believe it or not, we can move more quickly than a big pharma company. I know you're shocked by that concept, but that's gone along beautifully. We're just finishing the Phase 1 dose equilibration, really, where you titrate the two drugs against each other because they can affect each other. We're just finishing that cohort. We'll be announcing in probably mid-summer when we finish that.

And when we begin a randomized Phase 2 trial with 40 patients in one arm, getting enzalutamide alone, Xtandi, or 80 patients in the other arm, getting Xtandi together with our drug, which is now called, by the way, [masofanitin]. We've just been given that name. I know it rolls off my tongue. You notice how I had to think about it before I actually said it. And that's what it's designed to be like. So you can bring a brand name at some point.

So here's where we go left. We take the drug to where it should be in earlier patients more homogeneously driven by androgen biology, and we've set up a series of clinical trials that hope to interfere this biology early. By -- in experimental situations, we can show if we combine our drug, this is a chipset experiment, it looks at binding of the activated androgen receptor to genomic DNA.

So here's baseline. If you give an artificial androgen, you see the white is binding to genomic DNA. If you use Xtandi, enzalutamide, by itself, you really decrease maybe 85% the binding. If you use EPI-7386, our drug, inhibiting the receptor from the other end, same thing, about 85% of binding. You use the two together, no binding. And that, if it carries on into patients, would represent a large, large incremental decrease in the influence of androgens on the tumors. And historically, as I said, that's translated into clinical value, and it certainly translates into improvement in the in-vivo animal models.

So these are the collaborations which we've established. As I indicated, the one together with Pfizer and Astellas is underway and just finishing the Phase 1 dose distribution. With Janssen, we set out they wanted to actually operationalize the trial, with us supplying our drug; they started. Unfortunately, they decided to do most of the trial in Eastern Europe, in an area which you might perceive is not a great area for clinical research right at the moment.

So we've changed the collaboration around. We will operationalize it in Canada, the US, and Australia, but it will be a quick trial. We saw enough from the beginnings of the trial before the war started to show us that our expectations about drug-drug interactions, i.e., that we can combine with these drugs and we know pretty much what to expect were correct. Bayer hasn't started their trial; they will eventually.

Awaiting that, we have developed a neoadjuvant trial. So these are newly diagnosed men with prostate cancer. They will start either on darolutamide or Nubeqa, the Bayer drug, which is a really interesting, very good drug, or with our drug together with Nubeqa. And then three months later, these men will all go to surgery. And so we're going to learn an awful lot about biology of prostate cancer, the biology of prostate cancer affected by darolutamide, and the biology of prostate cancer affected by dual shutdown of androgen biology.

This is the design of the combination trial that I talked about with 40 patients in the one arm, 80 patients in the other arm. We have been adding an additional 20 clinical trial sites to the five we had for our Phase 1. They'll be ready to start the second that we have the data. We show it to our investigators. The investigators agree it's time to start. We'll have about 25 sites in the US, Canada, and Australia; 120 patients. I, at this point, don't exactly know how long that will take, but we'll try to get it done as quickly as we can. It's just -- as you well know, it's challenging out there in the clinical research field.

So what did we learn so far that we've talked about publicly? Well, we had four cohorts in combining our drug with enzalutamide. The idea was to start with a little bit lower dose of enzalutamide, 120, from the fully approved dose, and then escalate our drug once we get to where we thought we should be with our drug, then we go up to full-dose enzalutamide. That's what we're doing currently. So far, so good.

We've said publicly safe, well tolerated through all the doses and schedules we've studied so far. We have shown the numbers on the first two, and they were very significant rapid drops in PSA greater than 90, greater than 0.2 nanograms per ml. You see some of the numbers there; more details are available on our website. So that's not definitive because enzalutamide alone does have a

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

4

history and is active drug and can decrease PSAs.

But what we have also talked, and this is the numbers that you can see, is this rapid decline in PSAs. This is the PSA90, then below, an absolute level of 0.2. Pharmacology is good. We're getting good exposure to 7386, and this is all, with a suboptimal dose of enzalutamide, 120 versus the fully approved 160 dose level. So, so far, so good, but not definitive. That's why we go through the four cohorts. Once we've got a recommended Phase 2 dose, which we think we've already arrived at, we will go into the randomized and then show that more definitively.

Now, without going into too much detail, there have been tens of thousands of men in the same situation, same stage of disease, same amount of pre-treatment, who have been treated by one or another of these large pharma companies. The data is all available. I'm sure they have much more data internally as well.

So we have very, we think, good goal posts to beat with the combination. Because based on what we've seen in the animal models, we should see a more rapid, a more complete fall in PSA. And that has -- these are the numbers here; I won't go into them in great detail at the moment. This is what happens: the more you suppress PSA, the more quickly you suppress PSA in early prostate cancer, that is not true for late-stage prostate cancer, but in early prostate cancer, the remarkably greater that translates into better survival.

So the vision here is that these are older men with a lot of comorbidities, and we designed the drug to be a good partner with as many drugs as we can, who we believe if traded at an early stage of disease with 7386, our drug, in combination with the currently available anti-androgens, we should be able to translate that into a good quality of life. The drug was designed to be that way, and that men should be able to live longer with a good quality of life. And so we feel that this is an important potential next step. I think our partners, our collaborators also realize the potential for this as evidenced by their collaborations.

So some milestones, we should have the results of the four cohorts of the combination with enzalutamide available mid-summer. We'll probably talk about that high level, present the details at a scientific meeting possibly as one of those meetings in September or October. Meanwhile, we are initiating the other trials that we flipped with Janssen. We'll be starting the trial in Australia, the neoadjuvant trial with darolutamide that I talked about. Imminently, that is just about ready to go.

Meanwhile, we have now synthesized hundreds of molecules that interact with the N-terminal domain. Why is that important? Well, to be honest, 7386 seems to be a very good pharmaceutical agent, as Peter has talked about, hard to beat in preclinical models. However, breast cancer also has an issue with androgen biology; some segments of patients with breast cancer. And if you were designing a drug for breast cancer, you would design a different drug. You would design one that still could be combined with other drugs, but you want one that crosses the blood-brain barrier. So we've been doing that, and I think we've been fairly successful at that. We'll have more to say about that in the next year or so.

So milestones, we've completed the ones you see on the upper part of the slide. We're just finishing the monotherapy. Will we continue single-agent therapy in late-stage patients? Only if we can show that we could identify ahead of time a group of men, who, after they progress on late-stage anti-androgens, are still -- predominantly, their tumors are still predominantly driven by androgens. I don't know how large that population is, experience from companies who are ahead of us, in terms of other ahead of us in time, in terms of other approaches to the AR, which suggests it's a pretty small population that you've got other biology by the time you get to these late-stage patients.

So our sweet spot is combination therapy with current anti-androgens in earlier lines of patients. And we think this drug is the right drug for this. You'll see the combination therapy readouts. We definitely will have the dose equilibration ready certainly by the third quarter, if not earlier. And we'll have a readout in '24, probably from the randomized trial, at least the initial readouts. So future attractions.

In terms of our ability to pay for all of that, I'm able to sleep at night because we raised a lot of money about a year and a half ago. We're just not even spent that money yet because we're basically very lean and mean company in terms of our spend. We did declare in December $163 million. We have a burn of about $6 million to $9 million per month. That burn, of course, will increase as we get into the randomized trial. But we still calculate that we have everything listed on this particular slide and more that we could do and still have cash that runs past the end of 2025.

So thanks for allowing me to share what we're doing at ESSA. We think it's important and worth doing. And it's a privilege to be able to talk to you about it here today. So thank you very much.

---

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



# QUESTIONS AND ANSWERS

### Claudia Hui *Bloom Burton & Co. - Moderator*

Thank you, David. I think we have time for one or two questions if there's any questions from the audience.

_____

### David Parkinson *ESSA Pharma Inc. - President, CEO & Director*

Otherwise, I may ask questions off the audience, which is -- Well, thank you, all. It was really fun.

_____

### Claudia Hui *Bloom Burton & Co. - Moderator*

Okay. There seems to be one, David.

_____

### David Parkinson *ESSA Pharma Inc. - President, CEO & Director*

Oh, really? Yes?

_____

### Unidentified Analyst

Yeah. Thanks, David. Great presentation. Can you describe the neoadjuvant trial a little more? And if you do have -- if a patient does see some positive results, will they still have the surgery after three months?

_____

### David Parkinson *ESSA Pharma Inc. - President, CEO & Director*

Yes is the answer to the last part of your question. So the neoadjuvant setting is becoming a very important area for oncology drug development. So as a drug developer in oncology in many different venues for the last 30-plus years, the challenge is that as our drugs have begun more exquisitely biologically targeted, we're still having to give them to men, who have run out of approved therapies; men and women, for that matter. I'm talking generally across the field.

And the issue is there are so many more approved therapies that by the time they usually get to that stage, their biology is nothing like an early stage. So this is where the neoadjuvant comes in and it was used -- I was on the oversight board for I-SPY II, big breast cancer study, very important study in developing new drugs, same story here. Newly diagnosed man with prostate cancer comes in, you start them on one drug or the combination, you biopsy them before, you do the microbiology, you do the pharmacology along the way, you do the imaging, you do the pathology, you do the whole thing.

Three months later, you remove the prostate. How much is removed? In breast cancer, there's a guidance from the FDA that's potentially if you have other indications approved the basis for approval. I don't think it really happened. I haven't seen it happen yet, but it's a fantastic way to show the activity of a drug at every level and to get correlations between dose exposure, pharmacology, biology, biology, clinical, et cetera. So that's why we're excited about this trial. It's a great investigator. And I realize I'm going to be given the hook.

Monotherapy? Watch. I think the biology -- we are doing an arm, newly diagnosed patients treated with our drug alone for three months, and then a combination drug added on. That hasn't started yet. It's still in regulatory review. That will show the activity of the drug beautifully. Thank you.

_____

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**REFINITIV**®

## DISCLAIMER

Refinitiv reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Briefs are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT BRIEFS REFLECTS REFINITIV'S SUBJECTIVE CONDENSED PARAPHRASE OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES REFINITIV OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT BRIEF. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2023 Refinitiv. All Rights Reserved.

**REFINITIV**®

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

Case 1:25-cv-00124-WCG    Filed 10/10/25    Page 8 of 8    Document 29-17

7