# EXHIBIT 18

# Bloom Burton & Co. Healthcare Investor Conference

## Company Participants

- David R. Parkinson, President and Chief Executive Officer

## Other Participants

- David Martin, Analyst, Bloom Burton & Co.

## Presentation

### David Martin  {BIO 18829608 <GO>}

Hello, everybody. All right. Thank you all for coming into auditorium seat. We're going to get started with our next presentation very shortly, so please take your seats. So, next session of the afternoon is David Parkinson, President and CEO of ESSA Pharmaceuticals. David, take it away.

### David R. Parkinson  {BIO 3079993 <GO>}

Thank you, Mina[ph]. Thanks for coming this afternoon. Pleasure to be here. What I'd like to do is update you on what we're doing at ESSA. It's -- this is an important year for us because we're in randomized Phase 2 trials. So, it's been a long time coming. We had to earn our way into this space. But we're finally here and we've got some definitive trials underway.

Forward-looking statements, you can look as forward as you want and -- which these days is like 24 hours, right? Yeah, I know. What I'll be talking about here is the fact that we continue to address an unmet medical need, that we are doing it with a -- an agent that has a unique mechanism of action and that we use together with antiandrogens. It follows some pretty interesting, intriguing data from a Phase 1 study that we reported on last October and updated in February.

And we believe it fits into the rapidly evolving word of -- world of prostate cancer therapeutics. And I'll go through all of these. So, first of all, what I'll focus is on our -- in this talk, on our combinations therapy strategy. As you -- many of you know, we have studied this agent as a single agent in late stage prostate cancer. That's where you have to start in prostate cancer therapy. These were patients who had been through often many years of therapy, not just with antiandrogen related therapies, but chemotherapy, often and very complicated patients as we showed biologically.

What we have now done is earned the right to use our agent together with antiandrogens in earlier line prostate cancer therapy. And as I'll show you, that's where the androgen receptor biology is much more homogeneously a driver of the majority of patients with the disease. Our drug makes most sense in the early patients. But again, we had to earn our right to show a drug is safe, well tolerated and effective in these early populations. So, just to give a context, prostate cancer remains a huge unmet medical need, large public health problem globally. Androgen receptors are known to be integral, or the androgen biology is known to be integral, has been since the 1950s Nobel Prize for that in the biology particularly of early disease. And furthermore, any agent which can cause a deep PSA response historically has Trent or any therapeutic approach even, that historically has related to eventual clinical benefit.

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.
Printed on 09-01-2025 Page 1 of 5

The deeper the better. It's a huge market. Just these four of the latest generation antiandrogens represent a market globally of over $9 billion. What we'll be talking about here today is that we are not in competition with those agents. What we've shown preclinically and/or in the process of studying clinically is the use of our agent together with those -- one or another of those antiandrogens. So, a little primer, very little on prostate cancer often is diagnosed locally, eventually can become systemic.

The patient populations in prostate cancer are actually evolving, courtesy of new diagnostic technologies such as PSMA imaging. Nevertheless, those patient populations still remain defined largely by extent of disease, local versus systemic, extent of prior therapy, previous antiandrogens, or we call ADT or androgen deprivation therapy or not, and then amount of previous therapy with other agents. So, first, second, third line, et cetera.

Now, the interesting thing about the natural history of prostate cancer, which frankly, we've learned an enormous about -- enormous amount about just in the last few years, courtesy of things like circulating tumor DNA, courtesy of the fact that they're now, for the first time in my medical career, a whole host of new agents against prostate cancer. And these agents are defining the biology. So, as I mentioned in its earlier years, the -- not 100% but majority of patients are very dependent on androgens for their biology. That changes over time.

Part of it may just be time and genomic drift. A lot of it is due to the effect of therapeutic pressure from antiandrogens in particular. And so, AR independence is a function of later stage disease. AR independence is associated with all sorts of genomic change. Some of those are at the DNA level with respect to amplification or mutation of the androgen receptor itself. Some of them are at the RNA level with the loss of the C-primed end of the receptor, one end of the receptor that happens to be the end associated with the blocking activity of the antiandrogens, which are blockers, the so called lutamides.

And then what we and others have shown with DNA studies in our Phase 1 monotherapy studies with a whole host of other drivers, it's just unbelievable. When you look at these patients, circulating tumor DNA and see WNT and MYC and P53 loss and et cetera, it's remarkable how complicated. No single physiologically directed agent will ever solve the problem in late stage prostate cancer. That's a place for anatomically directed therapies against the surface androgens, for example radio ligand therapy against PSMA, that's an example of that. So the strategy for therapeutic development is going to be different for late stage disease versus earlier stage disease.

Okay. Let's talk about what we used to call 7386, but now as it rolls off the tongue, Masofaniten, acquired at great cost, I must say, I don't think it costs very much actually, it's not worth very much. But what's interesting about it is that we've shown that this drug binds to a very specific area at the other end of the receptor from where antiandrogens work. This is the so called N terminal domain. It's Tau-5 transcription activating unit 5. No one understands exactly how this works. This is the first small molecule in the clinic for any therapeutic indication, not just oncology, against an intrinsically disordered part of a protein.

And without going into all the details because it's extremely interesting, it appears that the mechanism of the drug relates to interfering with the formation of that activated co-factor and androgen receptor complex that binds ultimately to DNA. And so we started, as I mentioned, with the single agent therapy in late stage disease. And what we did in a Phase 1 study, which goes back, gosh, two and a half, three years ago now, when we started, was studied the drug in escalating 200 milligram increments from 200 milligram to 1000 milligram, anticipating that we would want to put the drug together with other drugs such as Enzalutamide or Xtandi. We also

© COPYRIGHT 2024 BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.
Printed on 05-14-2025 Page 2 of 5

studied twice a day dosing of 600 milligrams and 400 milligrams. We've gone on since, we've reported on all of this, we've gone on since to fill two additional expansion doses or cohorts of patients again with single agent late stage disease, trying to see whether we could identify biologically a group of patients who even after all those years, many often more than a decade of being on antiandrogens, we're still sensitive to single agent antiandrogen therapy. We'll probably report on that late stage disease. But I think you get a sense from the fact that we're focusing now on combination therapy in earlier Lyme patients as a sense of what we -- together with others with anti-AR directed mechanisms, have learned about the complicated biology of late stage disease.

(Technical Difficulty) did a lot of the physiological pharmaceutical problems with the first generation agent that the company had developed several years ago. We wanted to develop a drug that was easy to synthesize, that would be stable, that could be formulated, that could be taken orally once or twice a day, that have therefore a good half life and that didn't cross the blood brain barrier because we did not want to take a chance on worsening the neurotoxicity that comes with Enzalutamide or Apalutamide and also a drug that could survive the drug-drug interactions of being combined with drugs like Enzalutamide, which is an extremely difficult drug to combine with.

And I'm happy to report that that Phase 1 did in fact show that the agent we had developed, Masofaniten meets all those criteria. While we were doing all of that, we were also doing pre-clinical work to explore the hypothesis that shutting down the receptor from both the N terminal domain and in combination with antiandrogens, the ligand binding domain actually gave greater impairment or shutting down of androgen biology. And I'll summarize this just in the interest of time by showing that if you expose prostate cancer cell lines to androgen, you see a lot of binding of the activated receptor to different places along this called androgen response elements on genomic DNA.

Either our drug Masofaniten or Enzalutamide really, really decreased that probably 85%. You put the two together, shut down the receptor from both ends, looks like 100%. So, going back to my comment earlier, that the deeper you can suppress androgen biology, the better the clinical result. And this has been shown over 60, that is six zero years of clinical investigation. This lead -- seemed to be a good direction to go in.

To go in that direction though, we needed to work with the companies which actually had the global -- four global antiandrogens. We have set up those collaborations. They differ from one to another. Astellas and Pfizer, Janssen Bayer. And one way or another, as I'll show you, we have a clinical trial program that has combinations with each of those antiandrogens. But the most important one in the near-term is the one that's in combination with Enzalutamide.

First of all, all these antiandrogens I think we and the entire field believe are equal in terms of efficacy, but they are very different in terms of their pharmaceutical characteristics, their drug-drug interactions. So each one of them has had to be studied with respect to drug-drug interactions with our drug. So, this is the study which is underway now. We'll give guidance in the next couple of months as to how long we think it'll take to put the 120 patients, 80 on the combination of enzalutamide with Masofaniten, 40 with enzalutamide alone. In a group of patients who are identical to patients who have not yet received latest generation antiandrogens. And so, identical to the patients we studied in the Phase 1, which I guess is the one described here on the left.

And we've studied the combination of our drug with Enzalutamide first at on label, but still lower than the usual dose used of Enzalutamide and then full dose Enzalutamide. And we've gone all

© COPYRIGHT 2024 BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.
Printed on 09-11-2025 Page 3 of 5

the way up. And the dose that we've chosen for the second part, which I'll discuss in the second is 600 milligrams, twice a day of our drug together with full dose Enzalutamide. And so, it's in patients who have often a long history of prostate cancer treatment but have not yet received latest generation antiandrogens.

What we showed and exactly what we had predicted, we did not affect the pharmacokinetics of Enzalutamide. So we can give full dose Enzalutamide. Second thing we showed, which is exactly what we had predicted is that Enzalutamide chews up. It's incredible drug to try to combine with. It's a nasty drug from that perspective, but we can still get good exposures with the 600 milligrams twice a day. So we can give our drug together with Enzalutamide and get good concentrations of both drugs. What we also showed is that patients seem to do pretty well even in this Phase 1, even patients who go into Phase 1 studies are not the easiest patients necessarily. And as of February when we reported this at ASCO GU, 13 of the 18 patients were ongoing. A couple of them had progressed related to non -- one was a brain abscess. Previous mantle cell lymphoma went ahead a sudden death from cardiac disease. Known cardiac history, but he died. It's what I used to call in medicine a Harvard death. His PSA was very low, and -- but unfortunately he died suddenly of a heart attack.

Three of the patients did progress. Of the patients with measurable disease, as of February, two of them had shown progression, partial responses. So, good sign of clinical activity. Here's the really interesting data. So, the prediction from preclinical studies that we had done with the combination is that we should see more deeper and longer PSA declines. And that's kind of what we've seen in this population. So 18 patients, two of them progressed immediately, clearly not sensitive. The rest showed a pretty dramatic deep PSA response. And 13 of 16, that is 81% of the patients eventually got to a PSA 90, which has kind of been a historical road map for eventual clinical benefit.

When looked at in randomized Phase 3 trials, 11 of the 16 actually got to PSA 90 in 90 days, which is the real thing that's been used. Not for registration. PSA is not a registration endpoint, at least with the FDA in prostate cancer, that's progression free survival and overall survival. But it is a terrific predictor in early Lyme patients of eventual clinical benefit. There was a hint that a couple of the patients began to lose their response after more than a year. This is another way of looking at the same data. And as we've emphasized this is single arm study, it's a Phase 1 study. The data wasn't fully mature, but this is the data that you would expect to see when the combination might be better than single agent. But the next step is to move to a higher level of evidence, which is the randomized trial.

Now how does that measure up against historical norms. This is what we found. This is what you see in different very well recognized standardized clinical trials. Again, data's pretty interesting. The data validates going into the randomized setting and that's what's underway currently. And again, we'll give guidance on how long we think it'll take to get those 120 patients. Currently we have 25 sites in the US, Canada and Australia. We'll be opening another 15 plus or minus sites, probably plus sites in France, Belgium and Spain in the next few months. This just shows you what I've mentioned a couple of times before, which is that either in patients who have not yet received chemotherapy, the so called PREVAIL study, or an even earlier line of patients, these non metastatic but still castrate resistant patients, the deeper you suppress PSA, the better the clinical result.

So all of this is consistent with, necessary for, but not sufficient for or complete evidence for benefit of the combination over the single agent. So, that's what's underway. That's job one for us as a company. The next 6 to 12 months will tell the tale. We expect to get the accrual. Again, we'll give guidance when we feel we can give beyond speculation. But in the meantime, we've

© COPYRIGHT 2024 BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.
Printed on 02-17-2025 Page 4 of 5

shown that we can combine our drug with Enzalutamide, that we have good pharmacology, that it's safe and it's well tolerated. The safety profile is no different than Enzalutamide alone. The only grade 3 toxicity we had was a rash that came after the patient had been on our drug for a week with no rash.

Enzalutamide was added rash the next day. That's on the label for Enzalutamide. But I can't say that it's not due to some effect of the combination. But we haven't seen it in any patients since. We were also working with used to be Janssen. It's now J&J innovation, I believe. I think it's still the same company as far as I know. And so, we're studying the combination of our drug with Abiraterone, with Zytiga and with Apalutamide. We even have one cohort where patients who are really quite early will be treated with our drug for three months alone. And then the combination added. Hard to accrue because there are drugs already approved in the space. But we're trying. We're also combining our drug with Darolutamide.

We expect, by the way, no drug-drug interactions. It was complicated, but we were successful in combining our drug with Enzalutamide. Apalutamide is going to be the same, very similar drug. Darolutamide and abiraterone. We would expect no drug-drug interactions at all. So full dose of both. And those studies are being done in a number of earlier prostate cancer populations. As I indicated, prostate cancer is increasingly being divided into populations that are distinctive by their previous history or their systemic distribution. They are now going to start to be divided by their biology. Hasn't happened yet. But coming back from the ACR meetings weekend before last, it's happening in real time. And that's pretty exciting for those of us who are interested in physiological or biologically directed approaches to the therapy of prostate cancer. So finally, that (Ends Abruptly).

---

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2025, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*

Case 1:25-cv-00124-WCG     Filed 10/10/25     Page 6 of 6     Document 29-18