# EXHIBIT 19


18-Sep-2024

# ESSA Pharma, Inc. (EPIX)

**Cantor Global Healthcare Conference**

FACTSET: callstreet

1-877-FACTSET   www.callstreet.com

Total Pages: 13

Copyright © 2001-2024 FactSet CallStreet, LLC


# CORPORATE PARTICIPANTS

**David R. Parkinson**
*President, Chief Executive Officer & Director, ESSA Pharma, Inc.*

**Peter A. Virsik**
*Chief Operating Officer & Executive Vice President, ESSA Pharma, Inc.*

# OTHER PARTICIPANTS

**Josh Schimmer**
*Analyst, Cantor Fitzgerald & Co.*

# MANAGEMENT DISCUSSION SECTION

### Josh Schimmer
*Analyst, Cantor Fitzgerald & Co.*

Ready to get started. Welcome, everyone. I'm Josh Schimmer from the Cantor Fitzgerald Biotech Equity Research Team. On the side of the table – on the other side of the table, we have the team from ESSA Pharma. We have David Parkinson; President and Chief Executive Officer; David Wood, Chief Financial Officer; and Peter Virsik, Chief Operating Officer. So, gentlemen, welcome.

Maybe we can start with a quick snapshot of ESSA, the company and some of the key milestones we should be looking for in the 12 to 18 months ahead.

### David R. Parkinson
*President, Chief Executive Officer & Director, ESSA Pharma, Inc.*

Well, thank you for the invitation to be here, Josh.

Just to give a context. We are focused on a unique way of shutting down androgen-driven transcription. We have 70 years, that's seven decades of experience in the oncology field with shutting down androgen biology, which is so important to early prostate cancer. We're shutting it down through one end of the receptor, the so-called ligand-binding domain. What we're focused on is small molecule inhibition of the other end of the receptor.

The advantages to that based on preclinical work are that we can bypass the mechanisms of resistance to the C-terminal and the ligand-binding domain. But more importantly, in terms of our strategic focus is the combination of our drug with antiandrogens, which gives you a more complete inhibition of male hormone biology. And historically, over decades of experience, the more completely you inhibit prostate cancer through androgen inhibition, the better the clinical results that has been seen in all sorts of situations over many decades. So that's what we're all about.

Case 1:25-cv-00124-WCG    Filed 10/10/25    Page 3 of 14    Document 29-19


We have shown that giving the single agent to late-stage patients with prostate cancer, who've had the disease for many years, and including many years of androgen deprivation, doesn't lead to much activity and the reason, as we and other investigational organizations in the field have shown, is that late-stage prostate cancer is very complicated biologically. It is not predominantly AR-driven. AR is part of the drive, but there are many other genomic drivers.

So, no AR inhibition or, for that matter, from my perspective, any other physiological inhibition is going to completely solve the problem of late-stage prostate disease. And consistent with our preclinical studies, the opportunity to combine with an antiandrogen in earlier, more homogeneously AR, androgen receptor-driven populations, that forms the basis of our current activities.

We have a randomized Phase 2 clinical trial, which looks at enzalutamide versus our drug, masofaniten with enzalutamide, that's currently in process. We are looking to put 120 patients on that trial. We've said through guidance that we expect to get those patients accrued by first quarter of next year with a readout of the first readout, the PSA90, the depth of PSA suppression some three months after that, plus analytical time, so mid-year probably.

In addition, we have a number of other trials. Peter, you may want to comment because it's related also to potential future strategies with combinations with other antiandrogens.

## Peter A. Virsik
*Chief Operating Officer & Executive Vice President, ESSA Pharma, Inc.*

Yeah. So, thanks, and again, Josh, thanks for invite here. Because we wanted to ask the question clinically about the combinability with the other antiandrogens and masofaniten, we designed and picked the drug which we thought preclinically at least showed us that we could do that. So now, we're in the clinical stage of trying to assess that and corroborate that. Obviously, the enzalutamide study, the Phase 2 study is our largest study, really generating proof-of-concept for the combining effect.

But we do have additional Phase 1 studies that are small. Abiraterone study that we're doing with J&J, that's in metastatic CRPC patients and any other abiraterone-indicated patients. It's a Phase 1 dose escalation study. We also are working on a apalutamide study as well. So, that is in the non-metastatic CRPC patient population. That's also in collaboration with J&J.

We then have two investigator-sponsored studies, one in the neoadjuvant setting with darolutamide, and these are patients who are high risk and are undergoing prostatectomies, and they'll either get the combination of masofaniten and darolutamide or just darolutamide alone for three months, and we'll test the biology and measure different things, including PK, safety, and all those parameters.

And then, we have a final investigator-sponsored trial, which is a combination of masofaniten with enzalutamide in metastatic castrate-sensitive patient population. And that's really ultimately where we think some of the best proof-of-concept could perhaps be generated because those are patients where AR is the fundamental driver of their biology, where hypothetically, an N-terminal and the ligand-binding domain could perhaps show the biggest benefit.

## David R. Parkinson
*President, Chief Executive Officer & Director, ESSA Pharma, Inc.*

Case 1:25-cv-00124-WCG    Filed 10/10/25    Page 4 of 14    Document 29-19

And so, our strategy involves looking at these different early patient populations with different combinations with antiandrogens. So those are the main Phase 2 trials together with Astellas and Pfizer. But we had to earn our way in cancer with the new agent, new mechanism of action. We have to start late-stage, get in, and we've earned our way. The drug is safe, it's well-tolerated, it's oral and patients like being on it, investigators like using it. So, we think we have a drug that's appropriate for early-stage prostate cancer, it is complementary to the current antiandrogen strategies, but we just have to prove it.

# QUESTION AND ANSWER SECTION

**Josh Schimmer**
*Analyst, Cantor Fitzgerald & Co.*

Q

Maybe we can talk a little bit about the androgen receptor structure. You talked about the C-terminal domain and how the N-terminal domain may differ. And as we're appreciating kind of that structure, what are the mechanisms of resistance to which masofaniten may be efficacious versus mechanisms of resistance, where you unexpected to be as efficacious?

**David R. Parkinson**
*President, Chief Executive Officer & Director, ESSA Pharma, Inc.*

A

Fascinating question. Peter, do you want to comment on that?

**Peter A. Virsik**
*Chief Operating Officer & Executive Vice President, ESSA Pharma, Inc.*

A

Sure. Yeah. So, the androgen receptor is a steroid hormone receptor, similar in some ways to the glucocorticoid or the mineralocorticoid and the...

**David R. Parkinson**
*President, Chief Executive Officer & Director, ESSA Pharma, Inc.*

A

Estrogen.

**Peter A. Virsik**
*Chief Operating Officer & Executive Vice President, ESSA Pharma, Inc.*

A

...estrogen, probably our most well-known receptor. And there's three domains. There's the ligand-binding domain or the – on the C-terminus, there's the DNA-binding domain, and then there's the N-terminal domain.

What's unique about the androgen receptor is that all of the transcriptional activity from the androgen receptor from that molecule is driven through the N-terminal domain and therefore, to be transcriptionally active to promote growth, that N-terminal domain needs to be functional and there and present.

And so, when you look at the resistance that occurs naturally or just biologically, what happens in tumors in response to antiandrogen therapy is the C-terminal domain or the L-terminal, the ligand-binding domain itself where the C-terminus can be modified and it could be modified through point mutations that occur in the ligand-binding domain that make other antiandrogens agonists or just make them not active.

You can entirely eliminate the C-terminus and those are called splice variants and those are done at the RNA level. There's also what's called genomic structural rearrangements, which are copies of the androgen receptor

Case 1:25-cv-00124-WCG    Filed 10/10/25    Page 5 of 14    Document 29-19


where you're also missing the ligand-binding domain. But that's at the DNA level. Then you have AR amplification where you just make more copies of the androgen receptor. And so what's different is really the fact that you need this functional N-terminal domain to work.

So, okay, that's obvious then once anybody understands and the question is why isn't everybody and why isn't the world focused on the N-terminal domain for drug development? And that's because it's intrinsically disordered. And what that means is it's kind of a funny name. I mean, intrinsically disordered, it's not really disordered, but it doesn't have a crystal structure, nice pocket and binding area where you can design a drug to bind to, it's more floppy, but it obviously works with co-factors and transcriptional factors to very specifically regulate transcription, so it's hard to get a molecule to bind to it.

You need a screen that's done in cells that's a very difficult procedure. A lot of pharma have tried and failed. The only reason we're here today is because of academic work that was done nearly 20 years ago where they found in the initial hit compound that 10 years later they figured out, oh, that's actually inhibiting it through the N-terminal domain and it's from that work and then all the chemistry we did that we then developed [indiscernible] (00:08:55).

---

### Josh Schimmer
*Analyst, Cantor Fitzgerald & Co.*

Q

So, masofaniten specifically binds to and inhibits the N-terminal domain from binding to DNA or?

---

### David R. Parkinson
*President, Chief Executive Officer & Director, ESSA Pharma, Inc.*

A

It binds to an area called transcription activating unit 5, we've shown that, and it does inhibit the formation of these complexes of co-factors that represent the activated receptor, that translocates to the nucleus binds to androgen response elements. And we've shown that just as ligand-binding domain inhibitors interfere with activating receptor – activation or the activated receptor binding to these elements, so do we, but through a completely different mechanism.

But when you put those two mechanisms together, we completely inhibit, as neither one individually does, the activated receptor binding. So it's a more complete inhibition, at least experimentally and in preclinical models of androgen biology. And as I say, historically, that is correlated with better clinical results.

---

### Josh Schimmer
*Analyst, Cantor Fitzgerald & Co.*

Q

So, I should have this in my notes, but I don't. You had an earlier generation product.

---

### David R. Parkinson
*President, Chief Executive Officer & Director, ESSA Pharma, Inc.*

A

Yes. The company entered into the clinic with a first-generation molecule, late-stage disease. We saw enough from that experience to see that this mechanism was safe. It was well-tolerated. We saw hints of clinical activity, but the agent itself was not a good pharmaceutical agent. It was hard to formulate, not stable, et cetera, et cetera, et cetera.

And so, what we did was we took the learnings and the confidence that came from that Phase 1 experience. We spent a year-and-a-half, Peter led that activity, and synthesized 500, 600 molecules and came up with masofaniten. And since then, I think we've done another 1,000 molecules. We have molecules of all sorts of really

---

Case 1:25-cv-00124-WCG    Filed 10/10/25    Page 6 of 14    Document 29-19


interesting alternative characteristics, but nothing that we've seen that works better preclinically, at least, than masofaniten.

### Josh Schimmer
*Analyst, Cantor Fitzgerald & Co.*

Q

So, you talked about the androgen receptor mutations to which masofaniten should have activity, but then you started out by also saying you'd moved into later lines of setting and not seen clinical activities. So, what do you feel were likely driving the resistance profile to masofaniten?

### David R. Parkinson
*President, Chief Executive Officer & Director, ESSA Pharma, Inc.*

A

Well, those patients have a lot more going on. We would see wind pathway changes, EGFR mutations, MEK changes beyond the AR mutations that Peter talked about. So, there was a lot more biology, a lot of genomic drivers, and it's the same experience that's been shown over the last few years with people with other mechanism sort of approaching AR. Just in late-stage disease, that's only one part of a complicated biological set of drivers. And so, it might be part of a therapeutic solution, but not a complete therapeutic solution.

### Josh Schimmer
*Analyst, Cantor Fitzgerald & Co.*

Q

So, in theory, given the mechanism, masofaniten should have good monotherapy activity in earlier lines of therapy. What is the rationale for kind of doubling up on AR inhibition by targeting both N- and C-terminal?

### David R. Parkinson
*President, Chief Executive Officer & Director, ESSA Pharma, Inc.*

A

Well, I would say that our preclinical suggestions are, yes, it should have a good monotherapy activity in newly diagnosed patients, for example, but probably not better activity than the current antiandrogens. Those are good drugs and they're well-established. The community is comfortable with those, and we're looking not just to compete with those. We never from day one have ever tried to do that, but rather to get more clinical activity.

The goal in oncology is always to improve efficacy and to try to do that without compromising toxicity. And that's what all the preclinical data suggest the combination should be. So, right from the start, that's been our goal. But again, you have to show safety and tolerability and enough efficacy to convince yourself, investors, regulators, investigators, and ultimately patients that this is actually something worth trying, and we've done that.

### Josh Schimmer
*Analyst, Cantor Fitzgerald & Co.*

Q

So now, I guess, in theory, there should be patients who are just starting to break through of androgen receptor inhibition, who would be amenable to better control with masofaniten. Are you exploring that setting at all, and in which of the trials?

### David R. Parkinson
*President, Chief Executive Officer & Director, ESSA Pharma, Inc.*

A

Well, that's part of the reason we've taken the opportunity to explore our drug together with other antiandrogens, because we designed the drug to be able to do so, as Peter said. But we're also using it to explore earlier patient populations. For example, the neoadjuvant study that we're doing in association with the Bayer molecule, darolutamide. And we're doing that in men who are newly diagnosed. They're due to have prostatectomy and they

Case 1:25-cv-00124-WCG   Filed 10/10/25   Page 7 of 14   Document 29-19


are randomized. Their blood baseline studies are done, including pathology, of course, and molecular biology. And then, they're randomized to receive darolutamide alone, which is approved in that indication versus darolutamide plus our drug. And so, three months later, then they have the prostatectomy.

And so, that's a fantastic opportunity for us to learn in a relatively small number of patients. And that study is very active at the moment. We're running it in Australia. It's an investigator-sponsored study to give us a correlation between the doses we administer, the exposures that we achieved, the biology that we achieved, the changes in pathology and the clinical and the radiological output. So, that's actually a very important study for us.

---

**Josh Schimmer**
*Analyst, Cantor Fitzgerald & Co.*

Q

Maybe we can review some of the Phase 1 and 2 findings thus far And what is giving you the confidence that masofaniten is adding benefit to androgen receptor?

---

**David R. Parkinson**
*President, Chief Executive Officer & Director, ESSA Pharma, Inc.*

A

Do you want to comment on the combination Phase 1?

---

**Peter A. Virsik**
*Chief Operating Officer & Executive Vice President, ESSA Pharma, Inc.*

A

Sure. So, we were just coming back from ESMO where we were presenting a Phase 1 poster updating the combination, enzalutamide combination dose escalation portion of the study. And this was again 18 patients enrolled into the study across four different dose cohorts. These are patients who are first-line metastatic CRPC. What that means is they've not yet had a ARSi or a second-generation antiandrogen before, but they could have had chemotherapy in the metastatic castrate-sensitive setting.

And so, what we updated at the conference versus what we had at ASCO-GU was we had a PSA90 rate of 88%, so that was up from 81%. And then, we were looking at kind of the time-based measures, the durability measures, because that's a real question we're trying to answer now, which is, okay, so these are – that's a very good PSA response, so we're quite pleased with that. But will it translate to a long-term benefit for these patients?

And so, we were looking at time to PSA progression and that looked very good. We hadn't yet reached a median point we had earlier in the year at ASCO-GU, we're at 16.6 months, but we were no longer on the curve, so we don't yet have an estimate and we also started to talk about radiographic progression-free survival, because that ultimately is the next measure to look at and that's a clinical measure for approval purposes. And on that measure, we also were trending very well.

So, the real point was to say, okay, how did the PSAs end up? They looked quite good. Was the safety maintained? It was, in fact, maintained. And then, the durability does fit what one would expect with the strong deep PSA reduction and that we don't yet have a good estimate for the durability. But it looks good so far.

---

**Josh Schimmer**
*Analyst, Cantor Fitzgerald & Co.*

Q

Maybe you can help contextualize that PSA90 and what one might have expected for enzalutamide alone. And I think what we tend to see is that there's always a range of outcomes and experiences. So, if you can try to quantify that or capture that range, for enzalutamide monotherapy.

---

Case 1:25-cv-00124-WCG    Filed 10/10/25    Page 8 of 14    Document 29-19


**David R. Parkinson**
*President, Chief Executive Officer & Director, ESSA Pharma, Inc.*                                                      A

And it's a small end, but...

---

**Peter A. Virsik**
*Chief Operating Officer & Executive Vice President, ESSA Pharma, Inc.*                                                      A

Yeah, it's a small end. So, we have to always keep the caveat that it's only 16 patients that are evaluable for the 88% PSA90 rate. But if you look at the historical studies done with enzalutamide, you look probably at the PREVAIL study, and the PREVAIL study was done for registration in the same patient population, and there was a PSA90 rate there of 47%.

I think there have been few other studies, the ALLIANCE study as well that trended to something similar in that kind of 50% range. And I think the highest PSA90 range that's been published that I found after doing an exhaustive literature search through everything is roughly around 60%, 62% in patients who were a little bit milder, if you will. And in our poster, we provided background baseline information so people can understand the patients we've enrolled. There's nothing about them that stands out as being particularly less or harder to be able to treat than those patients we're talking about for PREVAIL. But that is a 10-year difference since that study versus our study, but that is probably the best metric and that is PREVAIL at 47%.

---

**Josh Schimmer**
*Analyst, Cantor Fitzgerald & Co.*                                                      Q

So, you described the Phase 2 enzalutamide plus or minus masofaniten trial, a 120 patients, what's setting is that?

---

**Peter A. Virsik**
*Chief Operating Officer & Executive Vice President, ESSA Pharma, Inc.*                                                      A

It's this first-line metastatic CRPC.

---

**David R. Parkinson**
*President, Chief Executive Officer & Director, ESSA Pharma, Inc.*                                                      A

Same patient.

---

**Peter A. Virsik**
*Chief Operating Officer & Executive Vice President, ESSA Pharma, Inc.*                                                      A

It's exactly the same entrance criteria, entry criteria to the study, so...

---

**Josh Schimmer**
*Analyst, Cantor Fitzgerald & Co.*                                                      Q

Got it. And that's 1-to-1 randomization.

---

**David R. Parkinson**
*President, Chief Executive Officer & Director, ESSA Pharma, Inc.*                                                      A

2-to-1. [ph] 80/40 (00:18:50).

---

Case 1:25-cv-00124-WCG    Filed 10/10/25    Page 9 of 14    Document 29-19


**Josh Schimmer**
*Analyst, Cantor Fitzgerald & Co.*

Q

What's the dose that you're exploring and how did you hone in on the optimal dose?

**Peter A. Virsik**
*Chief Operating Officer & Executive Vice President, ESSA Pharma, Inc.*

A

Well, what we saw is that with enzalutamide combination treatment, we have a reduction in our pharmacokinetic, our overall AUC, as it's called, our exposure. We anticipated that may occur and which is why in our Phase 1 monotherapy, we went to a 600 BID dose because we found by going twice a day in our tox studies, we could actually get to higher exposures. And so that worked in the monotherapy and we tested that in our combination study with enza and that worked very well. So when you double the dose to 600 BID, you get back up to those kind of exposures. And so, that's the one we picked. So it's 600 BID masofaniten combined with the standard approved dose of 160 milligrams enzalutamide and that was well-tolerated as well.

**Josh Schimmer**
*Analyst, Cantor Fitzgerald & Co.*

Q

Yes. Are you powering the first statistical significance if you can kind of replicate that high-80 PSA90 versus a comparator in the 60% range?

**David R. Parkinson**
*President, Chief Executive Officer & Director, ESSA Pharma, Inc.*

A

We are powered around PSA90. The registration endpoints in this setting are actually progression-free survival and overall survival. This is not a registration trial. This is a trial for decision-making for confirming the hypothesis and for – together with the other trials we're doing, to help us understand when we do with a collaborator move to registration-directed trials, what patient population would make the most sense. The earlier you go, the more dependent on AR and the more likely the benefit for all sorts of theoretical reasons that relate to not only depth of PSA suppression, but also the potential for preventing the development of resistance to the antiandrogens that's been observed. So, yeah, we're powered to look at the difference in PSA90s and that is a good correlate historically of eventual progression-free survival. So, it's for decision-making.

**Josh Schimmer**
*Analyst, Cantor Fitzgerald & Co.*

Q

Are there scenarios where you don't see a statistically significant difference on PSA90 or some of the other metrics, but there are favorable trends they would nonetheless advance into Phase 3 or is stat sig really the barrier you're looking for?

**David R. Parkinson**
*President, Chief Executive Officer & Director, ESSA Pharma, Inc.*

A

Oh, no, I think there could very well be scenarios. One thing that's becoming very clear, the last five year, we've just seen a revolution. We saw a lot more of it at ESMO meetings in Barcelona over the last few days, is the beginning of the understanding of the different phenotypic types of patients that one sees in prostate cancer. They exist at the beginning, but they certainly emerge in later-stage disease under pressure. So, the goal to get more complete inhibition earlier would, as I say, hopefully to prevent the emergence of those resistance mechanisms. But there clearly are different subpopulations of patients. So, all these patients are having circulating tumor DNA studied. And we're looking at that – we will be looking at that very carefully.

Case 1:25-cv-00124-WCG   Filed 10/10/25   Page 10 of 14   Document 29-19


### Josh Schimmer
*Analyst, Cantor Fitzgerald & Co.*

So, you have a number of ongoing trials that you listed earlier. I mean, obviously, this is the main focal point. But as you're thinking about the next steps beyond the Phase 2, how do you anticipate those other trials may inform your decision-making process? And when will they generate that data to help?

### David R. Parkinson
*President, Chief Executive Officer & Director, ESSA Pharma, Inc.*

Yeah, go ahead. I think the next year, we'll tell the tale. We'll get better understanding of patient populations, better understanding of the characteristics of our drug together with the various antiandrogens. We'll get enough efficacy data to help us understand whether it would make more sense to go to an early patient population, which, of course, is going to take longer to read out, but where the potential benefit theoretically should be greater. Those would be my thoughts. There are a lot of practical issues related to all of those. From a business development perspective, would you comment?

### Peter A. Virsik
*Chief Operating Officer & Executive Vice President, ESSA Pharma, Inc.*

Yeah. I mean, I think we have to understand where the market is going, where treatment is going, and make sure that we're designing and thinking about the appropriate patient populations to fit that. And so, this first-line metastatic CRPC patient population we're talking about here, it still exists, but it is a shrinking population over time, whereas the metastatic castrate-sensitive population is a much larger population and will remain much larger. They're on treatment for much longer, and is also much easier to enroll for studies because that's where standard to treatment is still kind of coming up to speed.

And we know pharma is interested in that population as well. That's where they're also conducting studies as well. So, we'll look at all of those and we've actually recently quantified the patient population sizes around there, and it's very supportive of kind of what we're talking about here. So, we would look at multiple patient populations, look at the feasibility, but ultimately, we would need to do the Phase 3s with a partner. These are large registrational studies.

Could we do them? Yes, as a company, we could. We need to finance to do those, but it makes a lot more sense to leverage the benefits and the expertise of large global clinical infrastructures versus trying to build them out on our own.

### David R. Parkinson
*President, Chief Executive Officer & Director, ESSA Pharma, Inc.*

And these changing patient populations are a function of really two major influences that are going on and really affecting the world of prostate cancer clinical investigation. And that was all over the Barcelona meeting. One is the advent of PSMA PET scan stage. So, there's big stage migration. All these patients who are non-metastatic become metastatic but with lower tumor [ph] bone (24:54), and then there's the influence from the EMBARK trial, which is the upfront use of enzalutamide together with androgen deprivation therapy clearly has benefit.

And so, to the extent the different sides of the Atlantic, the different populations of physicians in the United States, the urology community treats a lot of these patients versus the medical oncology community, who also treat a lot of these patients adopt these new concepts and technologies differentially. We needed to understand that, hence the study we did and we think we understand what the dynamics of those populations are.

Case 1:25-cv-00124-WCG    Filed 10/10/25    Page 11 of 14    Document 29-19


**Josh Schimmer**    **Q**
*Analyst, Cantor Fitzgerald & Co.*

Is that shift to identifying more metastatic disease? When did that start? And how does that finish?

---

**Peter A. Virsik**    **A**
*Chief Operating Officer & Executive Vice President, ESSA Pharma, Inc.*

So I'd say it's roughly around 2018, I think is around plus or minus when PSMA PET began to be used.

---

**David R. Parkinson**    **A**
*President, Chief Executive Officer & Director, ESSA Pharma, Inc.*

And reimbursed.

---

**Peter A. Virsik**    **A**
*Chief Operating Officer & Executive Vice President, ESSA Pharma, Inc.*

And reimbursed, I think, was actually – might have been the time where it began.

---

**David R. Parkinson**    **A**
*President, Chief Executive Officer & Director, ESSA Pharma, Inc.*

I think so, yeah.

---

**Peter A. Virsik**    **A**
*Chief Operating Officer & Executive Vice President, ESSA Pharma, Inc.*

Australia is a little different. Australia has been using PSMA PET longer. And then, it's interesting because we've done market research studies along the way and it's – now it uses. I would say it's pretty much ubiquitous in the US, it's used by oncologists, it's used by the urologists, it's pretty much used by everybody. And it's complicating even the larger clinical studies, because physicians as we learn are seeing new lesions pop up under PSMA PET – under clinical studies and they are dropping their patients off, right?

---

**David R. Parkinson**    **A**
*President, Chief Executive Officer & Director, ESSA Pharma, Inc.*

Yeah.

---

**Peter A. Virsik**    **A**
*Chief Operating Officer & Executive Vice President, ESSA Pharma, Inc.*

Even though they don't qualify under a CT or an MRI, now they are falling off. So it's impacting all studies. All studies are having to adjust and add in PSMA PET, yet the medical community hasn't yet really put its arms around and figured out how to think about the prognosis of these patients that you only see under PSMA PET versus CT. So it's dynamic we're paying attention.

---

**Josh Schimmer**    **Q**
*Analyst, Cantor Fitzgerald & Co.*

As you think about your path towards Phase 3 and with a partner, do you have a hierarchy or a preference of which products masofaniten may best combine with or may serve as the best backbone?

---

Case 1:25-cv-00124-WCG    Filed 10/10/25    Page 12 of 14    Document 29-19


### David R. Parkinson
*President, Chief Executive Officer & Director, ESSA Pharma, Inc.*

A

Well, we designed the molecule to be able to be combined with any of the big four and we expect that there would be less drug-drug interactions with abiraterone and darolutamide just from theoretical basis and we have some practical experience to suggest. That's correct. Enzalutamide was the toughest one and that's the one that we chose to do the initial Phase 2 randomized study with, and we've shown that we can combine it with enzalutamide and get good exposures of both drugs.

Apalutamide, similar drug in many respects to enzalutamide. Again, we've seen enough experience so far to believe that. So that means that we could combine with any or all four of those, which raises all sorts of interesting potential strategic questions that remain to be answered through experience and negotiations.

### Josh Schimmer
*Analyst, Cantor Fitzgerald & Co.*

Q

Given the Phase 3 lift being what it is in prostate cancer and then you kind of acknowledging that a strategic partner would probably very important to facilitate with that. Do you have a view in terms of what type of involvement you'd want to have in development and/or commercialization?

### Peter A. Virsik
*Chief Operating Officer & Executive Vice President, ESSA Pharma, Inc.*

A

Those are all good questions, strategic questions that every company goes through. I don't think we have a firm stands on that as a point. I think we're trying to stay focused at this point on trying to generate as much quality data as we can across as many of these. We've obviously all been around and seen the different pluses and minuses and different company structures...

### David R. Parkinson
*President, Chief Executive Officer & Director, ESSA Pharma, Inc.*

A

...and different collaborations.

### Peter A. Virsik
*Chief Operating Officer & Executive Vice President, ESSA Pharma, Inc.*

A

Yeah, and we can work through that later. Right now. we're staying focused on execution.

### David R. Parkinson
*President, Chief Executive Officer & Director, ESSA Pharma, Inc.*

A

Yeah, job one is getting this drug developed.

### Josh Schimmer
*Analyst, Cantor Fitzgerald & Co.*

Q

If for some reason you don't necessarily see the signal you're hoping for, for masofaniten, is there a Plan B? Are there other compounds that you may advance that you think have advantages?

### David R. Parkinson
*President, Chief Executive Officer & Director, ESSA Pharma, Inc.*

A

Do you want to comment on the backup program?

Case 1:25-cv-00124-WCG    Filed 10/10/25    Page 13 of 14    Document 29-19


### Peter A. Virsik
*Chief Operating Officer & Executive Vice President, ESSA Pharma, Inc.*

Yeah. I mean, we have – we've established different backups – backup program to look at other molecules that are potentially perhaps slightly different than masofaniten. And we have a whole suite of different compounds with different properties. Say there's not one that stands out that we'd say is better than masofaniten on every criteria, just because masofaniten has been pretty good molecule for us, but we do have a whole suite of them that we could bring and look at and decide if that would address any question that we may find in any clinical study report.

### Josh Schimmer
*Analyst, Cantor Fitzgerald & Co.*

I think we're out of time. And David and Peter, thank you so much for being here.

### David R. Parkinson
*President, Chief Executive Officer & Director, ESSA Pharma, Inc.*

Oh, it's been pleasure. Thank you.

### Peter A. Virsik
*Chief Operating Officer & Executive Vice President, ESSA Pharma, Inc.*

Thank you, Josh.

Disclaimer
The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2024 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.

Case 1:25-cv-00124-WCG   Filed 10/10/25   Page 14 of 14   Document 29-19